**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Larada Sciences, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Lice Clinics of America** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-3168343** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **154 East Myrtle Avenue** <br> **Suite 101** <br> **Murray, UT 84107** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Salt Lake** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.LiceClinicsOfAmerica.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Larada Sciences, Inc.**
     Name                                         Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8121**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Larada Sciences, Inc.**                                    Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list.

| | | |
|---|---|---|
| Debtor | **37 Ventures, LLC** | Relationship **Over 20% Shareholder** |
| District | **C.D. California**    When **3/18/21** | Case number, if known **9:21-bk-10261-DS** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Larada Sciences, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Larada Sciences, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 19 / 2021
             MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Claire Roberts**
Printed name

Title   **CEO**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **03/19/2021**
       MM / DD / YYYY

**Derrick Talerico**
Printed name

**Zolkin Talerico LLP**
Firm name

**12121 Wilshire Blvd, Suite 1120**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone   **424-500-8552**   Email address   **dtalerico@ztlegal.com**

**223763 CA**
Bar number and State

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## LARADA SCIENCES, INC.

The undersigned, being the duly elected and acting Board of Directors (the "Board") of Larada Sciences, Inc. (the "Company"), a corporation organized and existing under and by virtue of the laws of the State of Delaware, do hereby consent to, approve and adopt the following resolutions effective as of March 18, 2021:

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and hereby is authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to affect any of the foregoing; and be it

FURTHER RESOLVED, that Claire Roberts (the "Designated Officer") is hereby authorized and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Central District of California and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or caused to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve; and be it

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized and empowered from time to time, in the name of and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered from such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the Company be, and hereby is, authorized and empowered to retain the law firms of Cohne Kinghorn, P.C. and Zolkin Talerico LLP and that such law firms are hereby authorized to represent the Company, at the direction of the Designated Officer, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in her judgment; and be it

DocuSign Envelope ID: C7801475-0B3C-488D-9BF9-545BD1006624

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, she is hereby authorized and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as she may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of March 18, 2021.


**LARADA SCIENCES, INC.,**
a Delaware Corporation

By:

_____
DocuSigned by:
*Yuri Pikover*
7080F5DF06424F8...
Yuri Pikover, Director

_____
DocuSigned by:
*Claire Roberts*
CF0C1C1F55F149E...
Claire Roberts, Director

_____
DocuSigned by:
*Brent Sloan*
1495131TC12E4A5...
Brent Sloan, Director

{00518577.DOCX / 3}

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Larada Sciences, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Akiko Aoi 4930 Cochrane Avenue Oakland, CA 94618** | **pangolin1234@gmail.com** | Sub Debt | | | | $213,515.89 |
| **Ballard Spahr LLP One Utah Center 201 S Main Street Suite 800 Salt Lake City, UT 84111-2221** | **lindquistt@ballardspahr.com 801-531-3000** | A/P - Legal Fees | Disputed | | | $414,302.63 |
| **Bill Lystrup 5900 Country Club Drive Pocatello, ID 83204** | **Gary Clark garyclark@cableone.net** | Sub Debt | | | | $138,583.33 |
| **Brighton Bank 93 W 3300 S Salt Lake City, UT 84115** | **bjensen@brightonbank.com 801-467-5411** | Paycheck Protection Plan Loan | | | | $479,517.00 |
| **ComDel Innovation Inc 2100 15th Street N Wahpeton, ND 58075** | **bruce.weeda@comdelinc.com 701-671-6060** | A/P - Manufacturing Costs | | | | $266,150.88 |
| **Dulcet Investment LLC Manager Adam Ward 480 E 475 S Centerville, UT 84014** | **adamwward@gmail.com 801-916-2672** | Sub Debt | | | | $95,290.08 |
| **Equity Trust Company Custodian FBO David Bangert 200091950 IRA Attn David Bangert PO Box 758 Hauula, HI 96717** | **dbangert@hawaii.edu 808-293-2981** | Sub Debt | | | | $257,010.84 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| George J Carney Jr Living Trust Dated May 2 2005 Attn George Carney 1453 Caitlyn Circle Westlake Village, CA 91361 | carneyg@yahoo.com 818-317-3009 | Sub Debt | | | | $141,956.99 |
| Hall Family Trust Attn Don Hall 199 S Robles Ave Ste 535 Pasadena, CA 91101 | dhall@hallcapitalmanagement.com | Sub Debt | | | | $143,941.34 |
| Mathew Sgan 3752 Old Pali Rd Honolulu, HI 96817 | newmat78@gmail.com | Sub Debt | | | | $139,371.34 |
| Matthew Riley 912 11th Street Manhattan Beach, CA 90266 | mriley34@gmail.com 310-804-9462 | Sub Debt | | | | $2,064,520.56 |
| MTC fbo FWCG Diversified Alternative Inc Craig Martin 10 S Almaden Blvd Suite 1250 San Jose, CA 95113 | craig@fwcg.net 408-453-2222 | Sub Debt | | | | $619,601.23 |
| North Dakota Development Fund 1600 East Century Avenue Bismark, ND 58503 | jlteigen@nd.gov 701-328-2057 | Convertible Note Payable | | | | $455,565.10 |
| Quest Trust Company FBO Clifton G Purkiser IRA 17171 Park Row Suite 100 Houston, TX 77084 | cpurkiser@gmail.com | Sub Debt | | | | $135,951.90 |
| Schmal Family Trust Attn Dennis Schmal 350 Bryan Drive Alamo, CA 94507 | dgschmal@comcast.net 925-838-1850 | Sub Debt | | | | $225,916.54 |
| SoCal IP Law Group LLP 310 N Westlake Blvd Westlake Village, CA 91362 | ssereboff@socalip.com 805-279-00074 | A/P - Legal Fees | | | | $176,385.74 |

Debtor    **Larada Sciences, Inc.**                                         Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Gabko Trust Attn Anthony and Steve Kofsky 1547 14th Street Santa Monica, CA 90404** | steve@rcprod.com | **Sub Debt** | | | | $73,125.02 |
| **The Linko Trust Attn Anthony and Steve Kofsky 1547 14th Street Santa Monica, CA 90404** | steve@rcprod.com | **Sub Debt** | | | | $73,125.02 |
| **U of U Research Foundation 615 Arapeen Dr Suite 310 Salt Lake City, UT 84108** | spencer.walker@tvc.utah.edu 801-581-7792 | **Accrued Liabilities** | **Disputed** | | | $379,081.41 |
| **Walgreens 200 Wilmot Rd Deerfield, IL 60015** | 847-914-2500 | **AP and Slotting Fees** | | | | $171,651.67 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Larada Sciences, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/19/2021**    x *Claire W. Roberts*
Signature of individual signing on behalf of debtor

**Claire Roberts**
Printed name

**CEO**
Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**37 Ventures, LLC, Case No. 9:21-bk-10261-DS, filed 03/18/21, in the Central District of California - Northern Division, before the Honorable Deborah J. Saltzman, Pending**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Salt Lake City_ , ~~California~~ _Utah_    _Clairen Roberts, CEO_
                                                         Claire Roberts
Date: _03/19/2021_                                        Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2018_                          _Page 1_          **F 1015-2.1.STMT.RELATED.CASES**

# United States Bankruptcy Court
## Central District of California

In re    **Larada Sciences, Inc.**

Case No. _____

Debtor(s)

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **37 Ventures LLC**<br>**Attn Yuri Pikover**<br>**365 E Avenida De Los Arboles No B01**<br>**Thousand Oaks, CA 91360** | **Common /**<br>**Series A**<br>**Preferred** | **653,430 / 5,874,482** | |
| **Aaron and Michelle Wright**<br>**515 Prescott Place**<br>**West Fargo, ND 58078** | **Common** | **29,940** | |
| **Akiko Aoi**<br>**4930 Cochrane Avenue**<br>**Oakland, CA 94618** | **Series A**<br>**Preferred** | **65,789** | |
| **ALMA Investments LLC**<br>**Craig R Crockett**<br>**2130 Parleys Terrace**<br>**Salt Lake City, UT 84109** | **Common** | **43,369** | |
| **Andy Liu**<br>**2429 Queen Avenue N**<br>**Seattle, WA 98109** | **Series A**<br>**Preferred /**<br>**Warrants** | **10,429 / 4,755** | |
| **Anthony Rivera**<br>**2445 Craven Dr**<br>**Myrtle Beach, SC 29579** | **Series A**<br>**Preferred** | **26,316** | |
| **APL Capital Advisors LLC**<br>**Andrew Laver**<br>**802 Winchester Ste 100**<br>**Murray, UT 84107** | **Common** | **7,723** | |
| **Benaroya Investments 1 LLC**<br>**Attn Russell Benaroya**<br>**1612 North 53rd St**<br>**Seattle, WA 98101** | **Common /**<br>**Series A**<br>**Preferred** | **7,529 / 16,511** | |
| **Blue Ribbon Acres I LLC**<br>**Dwayne Olson**<br>**16340 Lower Harbor Road No 166**<br>**Brookings, OR 97415** | **Common** | **28,000** | |
| **CDI Holdings LLC**<br>**Bruce Weeda**<br>**2100 15th St N**<br>**Wahpeton, ND 58075** | **Common** | **119,760** | |

In re:    **Larada Sciences, Inc.** _____    Case No. _____

                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Celia House**<br>**18977 Barnhart Ave**<br>**Cupertino, CA 95014** | **Series A Preferred** | **68,442** | |
| **Charles Giles** | **Series A Preferred** | **26,786** | |
| **Charles H McLeskey**<br>**800 Edgehill Rd**<br>**Salt Lake City, UT 84103** | **Common** | **10,000** | |
| **Clif Purkiser**<br>**1604 Quincy Place**<br>**Honolulu, HI 96816** | **Series A Preferred** | **33,890** | |
| **Craig Crockett**<br>**2130 Parleys Terrace**<br>**Salt Lake City, UT 84109** | **Common** | **43,369** | |
| **Craig R Crockett PSPlan**<br>**2130 Parley s Terrace**<br>**Salt Lake City, UT 84109** | **Common** | **45,103** | |
| **Dale Clayton**<br>**738 Douglas Street**<br>**Salt Lake City, UT 84102** | **Common** | **300,000** | |
| **David Aland**<br>**3365 S 300 W**<br>**Salt Lake City, UT 84105** | **Common** | **9,375** | |
| **David Rudd**<br>**1794 E Fort Douglas Circle**<br>**Salt Lake City, UT 84103** | **Common** | **100,000** | |
| **David Shorma**<br>**7975 180th Ave SE**<br>**Wahpeton, ND 58075** | **Common / Series A Preferred** | **44,792 / 104,168** | |
| **DBAR LLC**<br>**Attn Suzanne J Garff**<br>**93 Winding Ridge Road**<br>**White Plains, NY 10603-2854** | **Common / Series A Preferred** | **37, 538 / 82,448** | |
| **Dulcet Investments LLC**<br>**Attn Adam Ward**<br>**480 E 475 S**<br>**Centerville, UT 84014** | **Series A Preferred** | **65,789** | |

List of equity security holders consists of 9 total page(s)

In re: __Larada Sciences, Inc.__ _____    Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ear  Nose Throat  PSPlan<br>FBO Steven K Miller<br>22 S 900 E<br>Salt Lake City, UT 84101 | Common | 73,357 | |
| Echelon Partners LP<br>Attn Summit Capital<br>1011 Western Avenue<br>Suite 920<br>Seattle, WA 98104 | Series A Preferred / Warrants | 80,082 / 55,816 | |
| Equity Trust Company Custodian<br>FBO David Bangert 200091950 IRA<br>Attn David Bangert<br>PO Box 758<br>Hauula, HI 96717 | Series A Preferred | 32,895 | |
| Equity Trust Company Custodian FBO<br>Michael Miller IRA 200316551<br>Attn Mike Miller<br>3412 Cliffs Dr<br>Bay Harbor, MI 49770 | Series A Preferred | 139,253 | |
| Eugene B Jones<br>933 S 1200 E<br>Salt Lake City, UT 84105 | Common | 15,000 | |
| FM Angel Investment Fund LLC<br>Jim Buus<br>1854 NDSU Research Cr N<br>Fargo, ND 58102 | Common | 74,850 | |
| GENOPRAXIS LLC<br>Attn Daniel Grosu<br>5396 Renaissance Ave<br>San Diego, CA 92122 | Series A Preferred | 26,316 | |
| George J Carney Jr Living<br>Trust Dated May 2 2005<br>Attn George Carney<br>1453 Caitlyn Circle<br>Westlake Village, CA 91361 | Series A Preferred | 220,865 | |
| Glassett Living Trust<br>Attn David Glassett | Series A Preferred | 26,786 | |
| Greg Schenk<br>200 Arlington Cir<br>Salt Lake City, UT 84103 | Common / Series A Preferred | 339,608 / 1,190,312 | |

List of equity security holders consists of 9 total page(s)

In re:    **Larada Sciences, Inc.** _____    Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hall Family Trust**<br>**Attn Don Hall**<br>**199 S Robles Avenue**<br>**Ste 535**<br>**Pasadena, CA 91101** | **Series A Preferred** | **229,637** | |
| **Harold and Cathy Roseman**<br>**1066 East Birdie Circle**<br>**North Salt Lake, UT 84054** | **Common** | **29,940** | |
| **HFLP LC**<br>**Attn Stephen Harmsen**<br>**26 N State Street**<br>**Salt Lake City, UT 84103** | **Common /**<br>**Series A**<br>**Preferred** | **27,908 / 54,854** | |
| **IRAR FBO Richard Warren**<br>**Blossom #35-38138**<br>**Attn Richard Blossom**<br>**1000 Broadway Ste 350**<br>**Oakland, CA 94607** | **Series A Preferred** | **206,653** | |
| **Jacobson Family Trust**<br>**Attn Art Jacobson**<br>**6295 Sea Stop Dr**<br>**Malibu, CA 90265** | **Series A Preferred** | **160,714** | |
| **James Carlson**<br>**1649 Round Hill Drive**<br>**Fargo, ND 58104** | **Common** | **89,820** | |
| **James N and Sara Adler Revocable Trust**<br>**Attn Sara Adler Trustee**<br>**1034 Selby Ave**<br>**Los Angeles, CA 90024-3106** | **Common /**<br>**Series A**<br>**Preferred** | **6,252 / 13,737** | |
| **Jan A Crockett**<br>**2130 Parleys Terrace**<br>**Salt Lake City, UT 84109** | **Common** | **43,369** | |
| **Jeffry Volk**<br>**925 10th Avenue East**<br>**West Fargo, ND 58078** | **Series A**<br>**Preferred /**<br>**Warrants** | **134, 787 / 45,234** | |
| **JMK Investments LLC**<br>**Attn Jerome M Kensok**<br>**5012 53rd Street S**<br>**Suite D1**<br>**Fargo, ND 58104** | **Common /**<br>**Series A**<br>**Preferred** | **30,017 / 69,945** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Larada Sciences, Inc.**                                                    Case No. _____
                                              _____
                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John P Schwan**<br>**1320 N Arch St**<br>**Aberdeen, SD 57401-2147** | **Common** | **29,940** | |
| **Joseph and Marianne Ojile**<br>**5748 River Forest Court**<br>**St Louis, MO 63128** | **Common** | **37,238** | |
| **Judith P Martin Revocable Trust**<br>**Judith P Martin TTE**<br>**2748 Four Lakes Drive**<br>**Park City, UT 84060** | **Common** | **10,000** | |
| **Kristin Fein**<br>**PO Box 1208**<br>**Makawao, HI 96768** | **Series A Preferred** | **13,158** | |
| **Larry and Lanette Hansen**<br>**1785 W 2200 S**<br>**Wellsville, UT 84339** | **Common** | **26,021** | |
| **Larry Rigby**<br>**2857 Comanche Drive**<br>**Salt Lake City, UT 84108** | **Common** | **300,000** | |
| **Lewis and Clark Fund Advisers**<br>**Attn Jerome M Kensok**<br>**5012 53rd Street S**<br>**Suite D1**<br>**Fargo, ND 58104** | **Common** | **29,940** | |
| **Manhattan Revocable Trust**<br>**dated 4/16/13**<br>**Attn Mike Rozenblatt**<br>**PO Box 3602**<br>**Manhattan Beach, CA 90266** | **Series A Preferred** | **262,950** | |
| **Mathew Sgan**<br>**3752 Old Pali Road**<br>**Honolulu, HI 96817** | **Series A Preferred** | **65,789** | |
| **Merced Investments LC**<br>**Curt Crowther**<br>**PO Box 25091**<br>**Salt Lake City, UT 84125** | **Common** | **107,373** | |
| **Michael E & Katherine S Dougherty**<br>**3097 Daybreaker Drive**<br>**Park City, UT 84098** | **Common** | **14,970** | |

List of equity security holders consists of 9 total page(s)

In re:    **Larada Sciences, Inc.** _____    Case No. _____
                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MTC fbo FWCG Diversified Alternative Inc**<br>**Attn Craig Martin**<br>**10 So Almaden Blvd Ste 1250**<br>**San Jose, CA 95113** | **Series A Preferred** | **205,327** | |
| **NAI Properties LLC**<br>**Attn Ned Israelsen**<br>**8881 Detwiler Rd**<br>**Escondido, CA 92029-8018** | **Common** | **14,970** | |
| **Phil M Triolo 401(k) PSP**<br>**Attn Phil Triolo**<br>**86 Skycrest Lane**<br>**Salt Lake City, UT 84100-8000** | **Series A Preferred** | **9,618** | |
| **Phyllis Sue and Ronald S Howell**<br>**2532 S Davis Boulevard**<br>**Bountiful, UT 84010** | **Common** | **17,964** | |
| **Randall Block**<br>**2641 Filmore Street**<br>**Salt Lake City, UT 84106** | **Common** | **300,000** | |
| **Rich and Janice Catalan**<br>**1360 Cossette Drive**<br>**Fargo, ND 58104-8207** | **Common** | **29,940** | |
| **Rigby Investments LLC**<br>**Larry Rigby**<br>**2857 Comanche Dr**<br>**Salt Lake City, UT 84108** | **Common** | **86,737** | |
| **Roy Hammond**<br>**1825 E 250 S**<br>**Springville, UT 84663** | **Common / Series A Preferred** | **13,141 / 41,982** | |
| **Rudd Investments**<br>**David Rudd**<br>**1794 E Fort Douglas Circle**<br>**Salt Lake City, UT 84103** | **Series A Preferred / Warrants** | **8,863 / 4,035** | |
| **Southern Valley Angel Fund LLC**<br>**Dan Hodgson**<br>**1251 Pegasus Road**<br>**Wahpeton, ND 58075** | **Common / Series A Preferred / Warrants** | **59,880 / 25,527 / 25,527** | |

List of equity security holders consists of 9 total page(s)

In re:    __Larada Sciences, Inc._____    Case No. _____

                                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SRC PST**<br>**Stephen Harmsen**<br>**26 N State Street**<br>**Salt Lake City, UT 84103** | **Common /**<br>**Series A**<br>**Preferred** | **27,908 / 59,158** | |
| **Stephen Harmsen**<br>**26 N State Street**<br>**Salt Lake City, UT 84103** | **Common /**<br>**Series A**<br>**Preferred** | **92,440 / 67,982** | |
| **Stevens Family Investments**<br>**Attn Todd Stevens**<br>**1936 E Yale Ave**<br>**Salt Lake City, UT 84108** | **Common** | **12,575** | |
| **Syd Aland**<br>**1603 E Harvard Avenue**<br>**Salt Lake City, UT 84105** | **Common** | **9,375** | |
| **The Bert and Kate Bunnell Family Living Trust**<br>**Attn Bert Bunnell Trustee**<br>**1720 Emigration Canyon**<br>**Salt Lake City, U 84108** | **Common /**<br>**Series A**<br>**Preferred** | **111,954 / 291,231** | |
| **The Chino Family 2007 Trust U/T/A 10/13/07**<br>**Attn Richard Chino**<br>**3255 Villa Highlands Dr**<br>**Pasadena, CA 91107** | **Series A**<br>**Preferred** | **22,879** | |
| **The Chui Dynasty Trust**<br>**Attn Bill Chui**<br>**PO Box 80921**<br>**San Marino, CA 91118** | **Series A**<br>**Preferred** | **341,115** | |
| **The Gabko Trust**<br>**Attn Anthony and Steve Kofsky**<br>**1547 14th Street**<br>**Santa Monica, CA 90404** | **Series A**<br>**Preferred** | **67,779** | |
| **The Graham-Dunitz Family Trust**<br>**Attn Jody Dunitz**<br>**15225 Sutton St**<br>**Sherman Oaks, CA 91403** | **Series A**<br>**Preferred** | **68,442** | |
| **The Grossman Family Trust**<br>**Attn Margaret Greg Grossman Trustee**<br>**475 Bellmore Way**<br>**Pasadena, CA 91103** | **Series A**<br>**Preferred** | **71,095** | |

List of equity security holders consists of 9 total page(s)

In re:    **Larada Sciences, Inc.**                                                      Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Grossman Family Trust**<br>**Attn Paul Grossman Trustee**<br>**475 Bellmore Way**<br>**Pasadena, CA 91103** | **Series A Preferred** | **71,095** | |
| **The Linko Trust**<br>**Attn Anthony and Steve Kofsky**<br>**1547 14th Street**<br>**Santa Monica, CA 90404** | **Series A Preferred** | **67,779** | |
| **The Richard P Corey and Heidi K Corey Family Trust**<br>**Attn Dick and Heidi Corey**<br>**2115 Cumberland Dr**<br>**Holladay, UT 84124** | **Common** | **5,988** | |
| **The Stravitz Living Trust**<br>**Attn Russell Stravitz**<br>**1690 Mandeville Canyon Rd**<br>**Los Angeles, CA 90049** | **Series A Preferred** | **67,779** | |
| **Thomas N Parks**<br>**5892 S Whitewater Circle**<br>**Holladay, UT 84121** | **Common** | **25,000** | |
| **Thomas Wilburn**<br>**46 Pickman Road**<br>**Beverly, MA 01915** | **Series A Preferred** | **209,117** | |
| **U of U Research Foundation**<br>**Tech Commercialization Office**<br>**Attn Spencer Walker**<br>**615 Arapeen Drive Ste 310**<br>**Salt Lake City, UT 84108** | **Common** | **29,941** | |
| **UND Center for Innovation**<br>**Foundation dba DVG Inc**<br>**Attn Hans Peterson**<br>**4200 James Ray Drive**<br>**Grand Forks, ND 58203** | **Series A Preferred / Warrants** | **27,483 / 12,513** | |
| **University of Utah**<br>**Spencer Walker**<br>**615 Arapeen Drive Suite 310**<br>**Salt Lake City, UT 84108** | **Common** | **225,300** | |

In re:   **Larada Sciences, Inc.**                                   Case No. _____
                                          _____
                                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Valley Angel Investment Fund LLC**<br>**Attn Tommy Kenville**<br>**4200 James Ray Drive**<br>**Grand Forks, ND 58203** | **Series A Preferred / Warrants** | **82,448 / 37,538** | |
| **Wayne B Dirkman Point Trust**<br>**Attn Wayne Dirkman**<br>**16743 River Oaks Blvd**<br>**Fergus Falls, MN 56537-9395** | **Common** | **50,898** | |
| **Wyman Security  LC**<br>**Dennis Wyman**<br>**175 W 200 S Ste 4009**<br>**Salt Lake City, UT 84101** | **Common** | **97,146** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  _____03 | 19 | 2021_____          Signature  _Claire Roberts_
                                                      Claire Roberts

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derrick Talerico**<br>**Zolkin Talerico LLP**<br>**12121 Wilshire Blvd, Suite 1120**<br>**Los Angeles, CA 90025**<br>**424-500-8552**<br>California State Bar Number:    **223763 CA**<br>dtalerico@ztlegal.com | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Larada Sciences, Inc.** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  __41__  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  _03/19/2021_ 

_Clane W. Roberts, CEO_
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

37 Ventures LLC
Attn Yuri Pikover
365 E Avenida De Los Arboles No B01
Thousand Oaks, CA 91360


6 Kids LLC
802 Wagon Wheel Trail
Georgetown, TX 78628


A lousy Day Inc
3239 Ridgetop View Drive
Saint Louis, MO 63129


Aaron and Michelle Wright
515 Prescott Place
West Fargo, ND 58078


AB Specialty Silicones
PO Box 74749
Chicago, IL 60694


ACN Enterprise LLC
8437 Alister Blvd
West Palm Beach Gardens, FL 33418


Advantage Consumer Healthcare
PO Box 31001 1726
Pasadena, CA 91110-1726


Akiko Aoi
4930 Cochrane Avenue
Oakland, CA 94618

Alain Maitre
BP 176
Noumea Cedex
NEW CALEDONIA 98845


Alignment Debt Holdings 1 LLC
Attn Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19805


ALL Clear Inc
W229 N4374 Baker Ct
Pewaukee, WI 53072


All Packaging Company
PO Box 841804
Dallas, TX 75284-1804


ALMA Investments LLC
Craig R Crockett
2130 Parleys Terrace
Salt Lake City, UT 84109


Alphagraphics
310 N 850 E
Lehi, UT 84043


Alyson Popa
393 Plaza Estival
San Clemente, CA 92672


Amira Purto
2628 Acapulco Way
Modesto, CA 95355

Andrew Crumrine
3537 Stevens Way
Augusta, GA 30907


Andy Liu
2429 Queen Avenue N
Seattle, WA 98109


Angularis LLC
15815 S Lakewood Pkwy W No 1099
Phoenix, AZ 85048


Anthony Rivera
2445 Craven Dr
Myrtle Beach, SC 29579


APL Capital Advisors LLC
Andrew Laver
802 Winchester Ste 100
Murray, UT 84107


Aquari Inc
7900 Chesterfield Drive
Knoxville, TN 37909


AuxArc iMC Inc
1104 E 25th Street
Tulsa, OK 74114


Ballard Spahr LLP
One Utah Center
201 S Main Street Suite 800
Salt Lake City, UT 84111-2221

BDO
299 S Main 10th Floor
Salt Lake City, UT 84111


Ben Silva
90 Alderson Dr Unit 12
Cambridge, ON N3C 0E4
CANADA


Benaroya Investments 1 LLC
Attn Russell Benaroya
1612 North 53rd St
Seattle, WA 98101


Bernadette Kane
92 Ardmore Hills
Mullinger
Westmeath IRELAND


Better Hair Care Israel LTD
Shalva 3a Herzliya
ISRAEL 46662


Bill Lystrup
5900 Country Club Drive
Pocatello, ID 83204


Blue Ribbon Acres I LLC
Dwayne Olson
16340 Lower Harbor Road No 166
Brookings, OR 97415


BPI Packaging LLC
4050 New Getwell Road
Memphis, TN 38118-6017

Brighton Bank
93 W 3300 S
Salt Lake City, UT 84115


Brook & Whittle LTD
PO Box 68044
Newark, NJ 07101-8085


BSI Group America Inc
Dept CH 19307
Palatine, IL 60055


Bugga Boo LLC
2438 Bear Rock Gin
Escondido, CA 92026


Bye Bye Nits
37 Rue Ampere
Paris
FRANCE 75017


Carlos Solis
Santiago Gadea 3444
Montevideo
URUGUAY 11600


Carr Printing
580 W 100 N
Bountiful, UT 84011-0888


CDI Holdings LLC
Bruce Weeda
2100 15th St N
Wahpeton, ND 58075

Celia House
18977 Barnhart Ave
Cupertino, CA 95014


Charles Giles



Charles H McLeskey
800 Edgehill Rd
Salt Lake City, UT 84103


Chasebrook Company
154 East Myrtle Avenue
Suite 303
Murray, UT 84107


Chestnut Street Investments
International Attn Dan Young
2447 Chestnut Street
San Francisco, CA 94123


Chris and Cindi Lamas
1365 4th St
Ingleside, TX 78362


CHT USA
805 Wolfe Avenue
Cassopolis, MI 49031


Clif Purkiser
1604 Quincy Place
Honolulu, HI 96816

ComDel Innovation Inc
2100 15th Street N
Wahpeton, ND 58075


Connecticut Lice Treatment LLC
40 South Olmstead Lane
Ridgefield, CT 06877


Craig Crockett
2130 Parleys Terrace
Salt Lake City, UT 84109


Craig R Crockett PSPlan
2130 Parley s Terrace
Salt Lake City, UT 84109


Curo Ventures
5805 State Bridge Rd Ste G 450
Duluth, GA 30097


Daina Carlson
53 Les Hauts de Mahinarama
Mahina
FRENCH POLYNESIA


Dale Bartos
5534 South Rim Street
Westlake Village, CA 91362


Dale Clayton
738 Douglas Street
Salt Lake City, UT 84102

Dan Liberman
Av Jesus del Monte No 35 local 21
Huixquilucan
MEXICO


David Aland
3365 S 300 W
Salt Lake City, UT 84105


David Rudd
1794 E Fort Douglas Circle
Salt Lake City, UT 84103


David Shorma
7975 180th Ave SE
Wahpeton, ND 58075


DBAR LLC
Attn Suzanne J Garff
93 Winding Ridge Road
White Plains, NY 10603-2854


De Luizenkliniek
Schenkweg 60 1 ste etage
The Hague
Zuid HOLLAND  2595XX


Deldei LLC
35918 W Marin Ave
Maricopa, AZ 85138


Disentangle LLC
10354 S Hamlin Ave
Chicago, IL 60655

Ditta Solutions LLC
7750 N MacArthur Blvd Ste 120 343
Irving, TX 75063


Dulcet Investment LLC
Manager Adam Ward
480 E 475 S
Centerville, UT 84014


Ear Nose Throat  PSPlan
FBO Steven K Miller
22 S 900 E
Salt Lake City, UT 84101


Echelon Partners LP
Attn Summit Capital
1011 Western Avenue
Suite 920
Seattle, WA 98104


Edith Ibanez
1700 SW 76 Court
Miami, FL 33155


Eduardo Bradley
253 Alste Betbeder
Boulogne
Buenos Aires 01609
ARGENTINA


Eli Kirk Riser
250 West Center
Suite 320
Provo, UT 84601

Elite OPS
4000 E Highway 6
Spanish Fork, UT 84660


Embassy Freight Systems USA Inc
440 McClellan Sgwy
Suite 102A
East Boston, MA 02128


Emergo Global Representation LLC
816 Congress Ave
Suite 1400
Austin, TX 78701


Entrepreneur Media Inc
18061 Fitch
Irvine, CA 92614


Equity Trust Company Custodian
FBO David Bangert 200091950 IRA
Attn David Bangert
PO Box 758
Hauula, HI 96717


Equity Trust Company Custodian FBO
Michael Miller IRA 200316551
Attn Mike Miller
3412 Cliffs Dr
Bay Harbor, MI 49770


Eric Eisen
25 Bulkley Ave N
Westport, CT 06880

Eugene B Jones
933 S 1200 E
Salt Lake City, UT 84105


Faegre Drinker LLP
2200 Wells Fargo Center
90 S Seventh Street
Minneapolis, MN 55402


Family Hair Clinic of South Georgia LLC
7754 GA Hwy 122 W
Hahira, GA 31632


Felix Fernandez
PMB213 425 Road 693
Dorado
PUERTO RICO 00646


Fidelitech
2130 South 3140 West
Suite A
Salt Lake City, UT 84119


Fiero Group LLC
28411 La Plumosa
Laguna Niguel, CA 92677


FM Angel Investment Fund LLC
Jim Buus
1854 NDSU Research Cr N
Fargo, ND 58102


Fresh Heads Lice Removal LLC
11512 Lake Mead Ave Suite 203
Jacksonville, FL 32256

Gail Hann
1 Hann Avenue
Voorhees, NJ 08043


Gene Spektor
9 Nancy Lane
Daly City, CA 94014


GENOPRAXIS LLC
Attn Daniel Grosu
5396 Renaissance Ave
San Diego, CA 92122


George J Carney Jr Living
Trust Dated May 2 2005
Attn George Carney
1453 Caitlyn Circle
Westlake Village, CA 91361


Ginesis
2501 County Road 8
Waterloo, AL 35677


Glassett Living Trust
Attn David Glassett


GLC Single Member PC
110 Vasilisis Sofias
Athens
GREECE 11527


Golden Touch Enterprises LLC
31 Mann Avenue
Needham, MA 02492

Gray Plant Mooty and Bennett PA
500 IDS Center
80 South Eighths Street
Minneapolis, MN 55402


Greg Eisen
40 S Olmstead Ln
Ridgefield, CT 06877


Greg Schenk
200 Arlington Cir
Salt Lake City, UT 84103


Grossman Family Trust
Attn Margaret Gregg Grossman
475 Bellmore Way
Pasadena, CA 91103


Grossman Family Trust
Attn Paul Grossman
475 Bellmore Way
Pasadena, CA 91103


Hall Family Trust
Attn Don Hall
199 S Robles Avenue
Ste 535
Pasadena, CA 91101


Hardman Group Inc
3631 Brookwall Drive
Suite 204
Fairlawn, OH 44333

Harold and Cathy Roseman
1066 East Birdie Circle
North Salt Lake, UT 84054


Hasani Thompson
5145 Nightsky Place
Palmdale, CA 93552


Hawn Enterprises
1491 S Amarias Dr
Round Lake, IL 60073


Healthy Heads LLC
1512 E Expwy 83 Ste 107A
Mission, TX 78572


Healthy Kids Holdings LLC
2086 Stone Pointe Drive
Kennesaw, GA 30064


Heartland Healthy Heads LLC
14361 S Blackfeather
Olathe, KS 66062


Heather and Matt Smith
404 CR 3133
Jacksonville, TX 75766


HFLP LC
Attn Stephen Harmsen
26 N State Street
Salt Lake City, UT 84103

Honey Enterprises LLC
168 Lakeview Loop
Daphne, AL 36526


Howard Capital Group Inc
26 Horseshoe Drive
Plainville, MA 02762


Ibotta Inc
Dept CH 19957
Palatine, IL 60055-9957


ICT Venture Group LLC
Pat Neville
220 Chisholm Trail
Highland Village, TX 75077


ICTII LLC
Pat Neville
220 Chisholm Trail
Highland Village, TX 75077


Inmar
Carolina Manufacturers Services Inc
Attn Account Receivable Mail Code 2NAR
635 Vine Street
Winston Salem, NC 27101-4186


IRAR FBO Richard Warren
Blossom #35-38138
Attn Richard Blossom
1000 Broadway Ste 350
Oakland, CA 94607

Iveta Pechackova
Zelezna 14 1 patro 11000
Praha 1
CZECH REPUBLIC

J and J Partnership LLC
5836 Lincoln Avenue Suite 200
Morton Grove, IL 60053

Jack Schneider Revocable Living
Trust Attn Jack Schneider
1788 Kumakani Loop
Honolulu, HI 96821

Jacobra LLC
25473 Tomey Court
Aldie, VA 20105

Jacobson Family Trust
Attn Art Jacobson
6295 Sea Stop Dr
Malibu, CA 90265

Jacqueline Huynh
1121 San Anselmo Ave
Millbrae, CA 94030

James Carlson
1649 Round Hill Drive
Fargo, ND 58104

James Miller
5 Bramblewood
Canyon, TX 79015

James N and Sara Adler Revocable Trust
Attn Sara Adler Trustee
1034 Selby Ave
Los Angeles, CA 90024-3106


Jamic LLC
3335 Caminito Daniella
Del Mar, CA 92014


Jan A Crockett
2130 Parleys Terrace
Salt Lake City, UT 84109


JaroCour LLC
DBA Lice Clinics of Evansville
1514 S Parker Dr
Evansville, IN 47714


Jeffry Volk
925 10th Avenue East
West Fargo, ND 58078


Jill Glabik
Zac de IEtang ZAbricot Rue
Ernest Hemingway BP 758
Fort de France Cedex
FRENCH WEST INDIES 97243


JMK Investments LLC
Attn Jerome M Kensok
5012 53rd Street S
Suite D1
Fargo, ND 58104

John M Clark PhD
185 Chicopee Street
Granby, MA 01033


John P Schwan
1320 N Arch St
Aberdeen, SD 57401-2147


Joseph and Marianne Ojile
5748 River Forest Court
St Louis, MO 63128


Joseph Hinkley
8800 Dorchester Rd No 503
North Charleston, SC 29420


JT Alleyne Enterprises LLC
3575 Bridge Road Suite 8 No 253
Suffolk, VA 23435


Judith P Martin Revocable Trust
Judith P Martin TTE
2748 Four Lakes Drive
Park City, UT 84060


Kalahari Sunset Trading Pty ltd
3 Pinecroft Close
Somerset West
SOUTH AFRICA 07130


Kevin Fencil
5735 San Jose Ave
Richmond, CA 94084

Kevin Reilly
5460 Richie Court
Pipersville, PA 18947


Kishor Patil
1502 Chanticleer Drive
Cherry Hill, NJ 08003


KNZ Enterprises LLC
2509 Burley Drive
Everett, WA 98208


Kristen Fein
PO Box 1208
Makawao, HI 96768


LAF Industries LLC
7753 S Westbrook Drive
Dubuque, IA 52002


Larry and Lanette Hansen
1785 W 2200 S
Wellsville, UT 84339


Larry Rigby
2857 Comanche Drive
Salt Lake City, UT 84108


Lathrop GPM
500 IDS Center
80 South Eighths Street
Minneapolis, MN 55402

LCA of Lufkin Tyler Texas LLC
404 CR 3133
Jacksonville, TX 75766


LCA of MS LLC
965 Highway 51 Suite 3
Madison, MS 39110


LCA of West Palm Beach LLC
130 Victorian Lane
Jupiter, FL 33458


LCA of WI LLC
11506 N Creekside Court
Mequon, WI 53092


LCA SC LLC
324 East Parkins Mill Road
Greenville, SC 29607


LCAL Hayden LLC
3105 Owls Head Lane
Lexington, KY 40509


LCBG LLC
1357 Veterans Way
Morgantown, KY 42261


Lewis and Clark Fund Advisers
Attn Jerome M Kensok
5012 53rd Street S
Suite D1
Fargo, ND 58104

Lice Advice LLC
509 5th St SW
Little Falls, MN 56345


Lice Away LLC
9017 Evangeline Hwy
Basile, LA 70515


Lice Away Today LLC
806 S Orleans Ave
Tampa, FL 33606


Lice Busters LLC
314A 4th Avenue
San Francisco, CA 94118


Lice Busters St Louis
1033 S Big Bend
Richmon Heights, MO 63117


Lice Center LLC
3375 Becard Lane
Reno, NV 89508


Lice Clinics of America
Central Wisconsin LLC
3500 Karrington Pl
Plover, WI 54467


Lice Clinics of America of North LA
111 Savannah Bend
Madison, MS 39110

Lice Clinics of America Quad Cities LLC
2830 Pleasant Ridge Court
Bettendorf, IA 52722


Lice Clinics of America the Carolinas LL
8216 Curico Lane
Mint Hill, NC 28227


Lice Clinics of America
Western Territory
2185 Arroyo Court Suite 4
Pleasanton, CA 94588


Lice Clinics of Hawaii LLC
980 South Amphlett Blvd
San Mateo, CA 94402


Lice Clinics of Maryland LLC
801 W 33rd Street
Baltimore, MD 21211


Lice Experts LLC
PO Box 126
Chattaroy, WA 99003


Lice Girls LLC
2458 East Phinney Bay Drive
Bremerton, WA 98312


Lice Patrol Inc
133 Varner Court
Santa Maria, CA 93458

Lice Slayers LLC
4360 E Paynetown Rd
Bloomington, IN 47401


Lice Solutions LLC
250 Garfield Street
Denver, CO 80206


Lice Solutions LLC
2667 N Ocean Blvd Ste 401
Boca Raton, FL 33431


Live Eve Incorporated LLC
2628 Acapulco Way
Modesto, CA 95355


Livis Sacramento LLC
9635 Mira del Rio Dr
Sacramento, CA 95827


Lone Peak Valuation Group
Key Bank Tower at City Creek
36 South State Street Suite 500
Salt Lake City, UT 84111


Lousey Solutions Inc
58 Arbor Bend Dr
Houston, TX 77070


LSRN Research
6758 N Military Trail
Suite 110
West Palm Beach, FL 33407

LT Management Co
749 Arden Road
Jenkintown, PA 19046


Lupero Inc
143 Merion Avenue
Narberth, PA 19072


Luseklinikken
Nedre Frydendal 1b
Asker
NORWAY 01384


Luther Beauty Holdings LLC
220 Chisholm Trail
Highland Village, TX 75077


Lynn Smith
5 Hunt Road
Westford, MA 01886


Malibu Group LLC
4075 Yarrow Drive NE
Grand Rapids, MI 49525


Manhattan Revocable Trust
dated 4/16/13
Attn Mike Rozenblatt
PO Box 3602
Manhattan Beach, CA 90266


Marty Brown
2120 Applewood St
Tupelo, MS 38804

Marvin Castillo
Office 105 Building 234
Jacinto Palacios Street
Coidad Del Saber
PANAMA


Masood Aslam
93 Renaissance Drive
Cherry Hill, NJ 08003


Masoud Barukzai
2185 Arroyo Court  No 4
Pleasanton, CA 94588


Mathew Sgan
3752 Old Pali Rd
Honolulu, HI 96817


Matthew Riley
912 11th Street
Manhattan Beach, CA 90266


Mediaplanet Publishing House Inc
350 7th Avenue 18th Floor
New York, NY 10001


Melanie Sherman
124 Grove Park Way
Kernville, CA 93238


Melwani Hanisha Kumar
Perumahan griya agung permai
Blok 24 jL sumur batu
Jakarta 10640 INDONESIA

Merced Investments LC
Curt Crowther
PO Box 25091
Salt Lake City, UT 84125


Merritt Ventures INC
535 Whisker Rd
Ward, AR 72176


Mezny Services Meyer Advisors
PO Box 25829
Portland, OR 97298


Miami Lice LLC
1982 Castile Drive
Dunedin, FL 34698


Michael E & Katherine S Dougherty
3097 Daybreaker Drive
Park City, UT 84098


Michelle Du
31372 Mackinaw Street
Union City, CA 94587


Michelle Du/Cynthia Du/Sandra Kong
31372 Mackinaw Street
Union City, CA 94587


Mikael Schachne
Dreve de Senechal 38
Brussels
BELGIUM 01180

Mohamad Zayat
Emile Ashkar Bldg Rubeiz
St Clemenceau Medical Center
Beirut,lEBANON


MTC fbo FWCG Diversified
Alternative Inc  Craig Martin
10 S Almaden Blvd Suite 1250
San Jose, CA 95113


NAI Properties LLC
Attn Ned Israelsen
8881 Detwiler Rd
Escondido, CA 92029-8018


Naughty Nits LLC
2809 Werle Drive Suite 10
Williamsville, NY 14221


Nit Not LLC
404 University Dr East Ste E
College Station, TX 77840


Nit Wits LLC
683 S Linwood Beach Rd
Linwood, MI 48634


Nits End LLC
23 Atkinson Depot Road
Plaistow, NH 03862


Nitzy Lice Removal
1126 Rockefeller Drive
Sunnyvale, CA 94087

North Chicago Lice Clinic Inc
6304 N Albany
Chicago, IL 60659


North Dakota Development Fund
1600 East Century Avenue
Bismark, ND 58503


Northwest Lice Clinics Inc
PO Box 25829
Portland, OR 97298-0829


Obligado and Cia
Paraguay 610 C1057AAH
Buenos Aires, ARGENTINA


Outbrain Inc
39 West 13th Street 3rd Floor
New York, NY 10011


Packaging Corporation of America
PO Box 51584
Los Angeles, CA 90051-5884


Patrick Neville
3210 Timberline Drive
Highland Village, TX 75055


Paul Weiden Arizona LLC
Attn Paul Weiden
2028 Fairview Ave E
Seattle, WA 98102

Paulina Del Hierro
Lucia Espinosa
Avenida Interoceanica
km 15 1/2 y Ave Florencia
Quito ECUADOR OF 316


Perez Family Clinic LLC
900 Crested Butte Blvd
Mt Vernon, WA 98273


Phil M Triolo 401(k) PSP
Attn Phil Triolo
86 Skycrest Lane
Salt Lake City, UT 84108


Phil Triolo and Associates LC
86 Skycrest Lane
Salt Lake City, UT 84108


Philip Moon
314A 4th Avenue
San Francisco, CA 94118


Phillip Madsen
795 Baker Dr
Midvale, UT 84047


Phyllis Sue and Ronald S Howell
2532 S Davis Boulevard
Bountiful, UT 84010


Pikover Trust
Attn Yuri Pikover
28411 La Plumosa
Laguna Niguel, CA 92677

Piojito Bye Bye
Centro Comericial Plaza
Tibas Local 27
ubicado en San Juan De Tibas
San Jose, COSTA RICA


Prince Properties LLC
103 Camden Place
Madison, MS 39110


Promedt Consulting
Altenhofstasse 80
66386 St Ingbert
GERMANY


QRS Solutions LLC
3136 N 2700 W
Farr West, UT 84404


Quartic Enterprises Inc
12811 Everhart Pointe Dr
Tomball, TX 77377


Que Content Kyuzo Corporation
Attn Benny Rubin
77 Division Avenue No 14
Brooklyn, NY 11211


Quest Trust Company
FBO Clifton G Purkiser IRA
17171 Park Row Suite 100
Houston, TX 77084

Randall Block
2641 Filmore Street
Salt Lake City, UT 84106


Rania Zayat
Emile Ashkar Bldg Rubeiz
St Clemenceau Medical Cente
Beirut, LEBANON


Red Pepper Software
2436 W 700 S SUITE 202
Pleasant Grove, UT 84062


Reliable Background Screening
8149 East Evans Road
Suite C9
Scottsdale, AZ 85260


Rich and Janice Catalan
1360 Cossette Drive
Fargo, ND 58104-8207


Rigby Investments LLC
Larry Rigby
2857 Comanche Dr
Salt Lake City, UT 84108


Rita Huff
1291 Christian Dr
Watkinsville, GA 30677


Roy Hammond
1825 E 250 S
Springville, UT 84663

Rudd Investments
David Rudd
1794 E Fort Douglas Circle
Salt Lake City, UT 84103


Ryan Nelson
3941 Leeward Passage Ct No 102
Bonita Springs, FL 34134


Saerrha Vivian
103 12745 16th Ave
Surrey, BC V4A IN2
CANADA


SaLeah Snelling LLC
11024 W Inglin Drive
Boise, ID 83709


Savanna Mitchell
31 N Cliffe Drive
Wilmington, DE 19809


SBS Investments
1702 Hazelwood Court
Jonesboro, AR 72401


Schmal Family Trust
Attn Dennis Schmal
350 Bryan Drive
Alamo, CA 94507


Sheila Patil
601 Brentwood Court
King of Prussia, PA 19406

Shire Investment Group
Pty Ltd ACN 615 176 371
6 171 Lower Gibbes Street
Chatswood NSW, AUSTRALIA 02067


Smullen Couriers Limited
Enniscoffey Gaybrook
Mullingar Westmeath N91 P5D8
IRELAND


SoCal IP Law Group LLP
310 N Westlake Blvd
Westlake Village, CA 91362


SOCI Inc
Dept LA 24700
Pasadena, CA 91185-4700


Sonia Troyon
Avenue de Tivoli 27 A
Canton de Vaud  Lausanne
SWITZERLAND 01007


South Texas Lice Clinics LLC
3127 Laura Lee Way
San Antonio, TX 78223


Southern Valley Angel Fund LLC
Dan Hodgson
1251 Pegasus Road
Wahpeton, ND 58075

SRC PST
Stephen Harmsen
26 N State Street
Salt Lake City, UT 84103


Stephen Harmsen
26 N State Street
Salt Lake City, UT 84103


Stevens Family Investments
Attn Todd Stevens
1936 E Yale Ave
Salt Lake City, UT 84108


Stratus Building Solutions
217 West Cottage Avenue
Sandy, UT 84070


Sugarhouse Archive and Shred
450 E 2200 S
Salt Lake City, UT 84115


Suntek Global
11F2 No 108 Minquan Rd
Xindian District
New Taipei City, TAIWAN 231


Syd Aland
1603 E Harvard Avenue
Salt Lake City, UT 84105


Tanya Kensley LLC
4248 McMurry Avenue
Fort Collins, CO 80525

Thayne and Davis LLC
10 West Broadway
Suite 700
Salt Lake City, UT 84101

The Bert and Kate Bunnell Family
Living Trust
Attn Bert Bunnell Trustee
1720 Emigration Canyon
Salt Lake City, U  84108


The Bright Side LLC
600 W Main Street Lower Level
Sun Prairie, WI 53590


The Chino Family 2007
Trust U/T/A 10/13/07
Attn Richard Chino
3255 Villa Highlands Dr
Pasadena, CA 91107


The Chui Dynasty Trust
Attn Bill Chui
PO Box 80921
San Marino, CA 91118


The Extra Mile SL
Balmes 347
Barcelona
SPAIN 08006


The Gabko Trust
Attn Anthony and Steve Kofsky
1547 14th Street
Santa Monica, CA 90404

The Graham-Dunitz Family Trust
Attn Jody Dunitz
15225 Sutton St
Sherman Oaks, CA 91403

The Grossman Family Trust
Attn Margaret Greg Grossman Trustee
475 Bellmore Way
Pasadena, CA 91103

The Linko Trust
Attn Anthony and Steve Kofsky
1547 14th Street
Santa Monica, CA 90404

The MIH Group LLC
3001 Plymouth Road
Ann Arbor, MI 48105

The Richard P Corey and
Heidi K Corey Family Trust
Attn Dick and Heidi Corey
2115 Cumberland Dr
Holladay, UT 84124

The South African Lice Clinic
19 Goedehoop Crescent
Hurlingham Manor Sandton
Gauteng Johannesburg
SOUTH AFRICA 02196

The Stravitz Living Trust
Attn Russell Stravitz
1690 Mandeville Canyon Rd
Los Angeles, CA 90049

The Trade Group Inc
1434 Patton Place
Suite 190
Carrollton, TX 75007


Thomas N Parks
5892 S Whitewater Circle
Holladay, UT 84121


Thomas Wilburn
46 Pickman Road
Beverly, MA 01915


Tien Du
1126 Rockefeller Drive
Sunnyvale, CA 94087


Trade Alternatives Inc
1504 184th Ave  NE
Bellevue, WA 98008


TranscribeMe Inc
PO Box 748676
Los Angeles, CA 90074-8676


TRNKS Pty Ltd ACN 623 474 519
6 171 Lower Gribbes Street
Chatswood
New South Wales, 02067
AUSTRALIA


U of U Research Foundation
615 Arapeen Dr
Suite 310
Salt Lake City, UT 84108

U of U Research Foundation
Tech Commercialization Office
Attn Spencer Walker
615 Arapeen Drive Ste 310
Salt Lake City, UT 84108


UL Information and Insights
32959 Collection Center Drive
Chicago, IL 60693-0329


UND Center for Innovation
Foundation dba DVG Inc
Attn Hans Peterson
4200 James Ray Drive
Grand Forks, ND 58203


Unishippers
770 E Main Street
Suite 408
Lehi, UT 84043


University of Utah
Spencer Walker
615 Arapeen Drive Suite 310
Salt Lake City, UT 84108


US Securities Exchange Commission
Attn Bankruptcy Counsel
444 South Flower Street Suite 900
Los Angeles, CA 90071-9591


Utah State Tax Commission
Attn Bankruptcy Unit
210 N 1950 W
Salt Lake City, UT 84134

Valley Angel Investment Fund LLC
Attn Tommy Kenville
4200 James Ray Drive
Grand Forks, ND 58203


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Viko Industries LTD
Unit 13 15 F Chevalier Comm Centre
No 8 Wang Hoi Road Kowloon Bay
Kowloon, HONG KONG


Virginia Bazis
1502 Chanticleer Drive
Cherry Hill, NJ 08003


Virginia Lice Removal LLC
12605 Southwick Terrace
Midlothian, VA 23113


WAJTA LLC
251 Promise Way
Hollister, CA 95023


Walgreens
200 Wilmot Rd
Deerfield, IL 60015


Wayne B Dirkman Point Trust
Attn Wayne Dirkman
16743 River Oaks Blvd
Fergus Falls, MN 56537-9395

Webbingham LLC
25606 180th Ave SE
Covington, WA 98042


Winkler Enterprises
8943 Garrett Way
Manassas, VA 20112


WSRP LLC
155 North 400 West
Suite 400
Salt Lake City, UT 84103


Wyman Security  LC
Dennis Wyman
175 W 200 S Ste 4009
Salt Lake City, UT 84101


XMission
51 E 500 S
Suite 200
Salt Lake City, UT 84111


Yext
61 Ninth Avenue
New York, NY 10011


YRC Freight
PO Box 730375
Dallas, TX 75373-0375


Yuri Pikover
28411 La Plumosa
Laguna Niguel, CA 92677

Yuyao Safe Beauty Lice Comb Factory
No 518 Yonghe East Road
Langxia Street
YuYao Zhejiang
CHINA