**Fill in this information to identify the case:**

Debtor name   **Larada Sciences, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **9:21-bk-10269-DS**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $    2,047,151.54

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $    2,047,151.54

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    15,392,791.48

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    5,065,768.49

4. Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b    $    20,458,559.97

**Fill in this information to identify the case:**

Debtor name **Larada Sciences, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **9:21-bk-10269-DS**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Brighton Bank 3836 & 8231 | Checking | | $259,561.57 |
| 3.2. | First Republic Bank | Checking | 8587 | $5,592.77 |
| 3.3. | PayPal | Other | | $635.18 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | Petty Cash | $1,458.75 |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $267,248.27 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Cohne Kinghorn, P.C. Retainer Balance**      $66,431.33

7.2. **Zolkin Talerico LLP Retainer Balance**      $17,316.50

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Customer Deposits**      $179,348.86

**9.** **Total of Part 2.**      $263,096.69
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    **107,530.25**   -   **0.00** = ....    $107,530.25
face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    **658,358.59**   -   **320,205.00** =....    $338,153.59
face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3.**      $445,683.84
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

**20.** **Work in progress**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number *(If known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**
**Raw Materials and**
**Finished Goods for Sale**                    $262,663.96                    $262,663.96

23. **Total of Part 5.**                                                              $262,663.96
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value          0.00   Valuation method                    Current Value          0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Heated air devices, machinery and other equipment, computers for employees, net of depreciation** | $386,686.67 | Book | $386,686.67 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                              $386,686.67
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
                                                              Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Intangibles and Intellectual Property; Net of Amortization** | $317,014.11 | Book | $317,014.11 |

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $317,014.11 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Larada Sciences, Inc.**
_____
          Name

Case number *(If known)*  **9:21-bk-10269-DS**

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities**<br>**Life Insurance Policy for Claire Roberts (Term)**<br>**D&O Insurance**<br>**Excess D&O Insurance** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>**Accrued royalties from franchisees** | **$104,758.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$104,758.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Larada Sciences, Inc.**                                    Case number *(If known)*  **9:21-bk-10269-DS**
_____Name_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $267,248.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $263,096.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $445,683.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $262,663.96 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $386,686.67 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $317,014.11 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $104,758.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,047,151.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,047,151.54 |

**Fill in this information to identify the case:**

Debtor name    **Larada Sciences, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:21-bk-10269-DS**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Akiko Aoi**<br>Creditor's Name<br><br>**4930 Cochrane Avenue<br>Oakland, CA 94618**<br>Creditor's mailing address<br><br>**pangolin1234@gmail.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Substantially all personal property, except the proceeds of CARES Programs**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211,482.56 | $0.00 |
| **2.2  Alignment Debt Holdings 1 LLC**<br>Creditor's Name<br>**Attn Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19805**<br>Creditor's mailing address<br><br>**vadim@alignmentcredit.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**multiple dates**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Substantially all personal property, except the proceeds of CARES Programs**<br><br>**Describe the lien**<br>**aka ATMedia Investor II LLC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $9,925,119.97 | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Bill Lystrup** | | Describe debtor's property that is subject to a lien | $137,271.50 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5900 Country Club Drive**
**Pocatello, ID 83204**

Creditor's mailing address

**garyclark@cableone.net**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Substantially all personal property, except
the proceeds of CARES Programs**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Chestnut Street
Investments** | | Describe debtor's property that is subject to a lien | $33,551.48 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**International Attn Dan
Young**
**2447 Chestnut Street**
**San Francisco, CA 94123**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Substantially all personal property, except
the proceeds of CARES Programs**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Clif Purkiser** | | Describe debtor's property that is subject to a lien | $72,449.27 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1604 Quincy Place**
**Honolulu, HI 96816**

Creditor's mailing address

**Substantially all personal property, except
the proceeds of CARES Programs**

Describe the lien

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Larada Sciences, Inc.**
_____
Name

Case number (if known)    **9:21-bk-10269-DS**
_____

| | |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 | **Dulcet Investment LLC** | Describe debtor's property that is subject to a lien | $94,401.66 | $0.00 |

**Dulcet Investment LLC**
Creditor's Name

**Manager Adam Ward
480 E 475 S
Centerville, UT 84014**
Creditor's mailing address

**adamwward@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

                              $94,401.66        $0.00

---

| | | | |
|---|---|---|---|
| 2.7 | **Equity Trust Company Custodian** | Describe debtor's property that is subject to a lien | $254,635.80 | $0.00 |

**Equity Trust Company
Custodian**
Creditor's Name

**FBO David Bangert
200091950 IRA
Attn David Bangert
PO Box 758
Hauula, HI 96717**
Creditor's mailing address

**dbangert@hawaii.edu**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

                              $254,635.80       $0.00

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 3 of 12

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Gail Hann** | Describe debtor's property that is subject to a lien | $66,258.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Hann Avenue
Voorhees, NJ 08043**

Creditor's mailing address

**Substantially all personal property, except
the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.9 | **George J Carney Jr Living** | Describe debtor's property that is subject to a lien | $140,645.16 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Trust Dated May 2 2005
Attn George Carney
1453 Caitlyn Circle
Westlake Village, CA 91361**

Creditor's mailing address

**Substantially all personal property, except
the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**carneyg@yahoo.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 0 | **Grossman Family Trust** | Describe debtor's property that is subject to a lien | $70,322.58 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn Margaret Gregg
Grossman
475 Bellmore Way
Pasadena, CA 91103**

Creditor's mailing address

**Substantially all personal property, except
the proceeds of CARES Programs**

**Describe the lien**

---

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Grossman Family Trust** | Describe debtor's property that is subject to a lien | $70,322.58 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all personal property, except the proceeds of CARES Programs** | | |
| | **Attn Paul Grossman 475 Bellmore Way Pasadena, CA 91103** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Hall Family Trust** | Describe debtor's property that is subject to a lien | $142,611.17 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all personal property, except the proceeds of CARES Programs** | | |
| | **Attn Don Hall 199 S Robles Ave Ste 535 Pasadena, CA 91101** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | **dhall@hallcapitalmanagem ent.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Jack Schneider Revocable Living** | | |
|---|---|---|---|

Creditor's Name

**Trust Attn Jack Schneider
1788 Kumakani Loop
Honolulu, HI 96821**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,725.57     $0.00

---

| 2.1 4 | **Kishor Patil** | | |
|---|---|---|---|

Creditor's Name

**1502 Chanticleer Drive
Cherry Hill, NJ 08003**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,569.87     $0.00

---

| 2.1 5 | **Kristen Fein** | | |
|---|---|---|---|

Creditor's Name

**PO Box 1208
Makawao, HI 96768**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

$58,384.76     $0.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**

**Masood Aslam**

Creditor's Name

**93 Renaissance Drive
Cherry Hill, NJ 08003**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$65,477.77 $0.00

---

**2.17**

**Mathew Sgan**

Creditor's Name

**555 South Street
No 2207
Honolulu, HI 96813**

Creditor's mailing address

**newmat78@gmail.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$137,774.11 $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 12

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

**2.18**

| **Matthew Riley** | | **$2,044,843.14** | **$0.00** |
|---|---|---|---|

Creditor's Name

**912 11th Street
Manhattan Beach, CA
90266**

Creditor's mailing address

**mriley34@gmail.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.19**

| **MTC fbo FWCG Div Alt Inc Fund LP** | | **$612,053.13** | **$0.00** |
|---|---|---|---|

Creditor's Name

**Attn Craig Martin
10 S Almaden Blvd Suite
1250
San Jose, CA 95113**

Creditor's mailing address

**craig@fwcg.net**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.20**

| **Paul Weiden Arizona LLC** | | **$72,449.27** | **$0.00** |
|---|---|---|---|

Creditor's Name

**Attn Paul Weiden
2028 Fairview Ave E
Seattle, WA 98102**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 12

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Quest Trust Company** | **Describe debtor's property that is subject to a lien** | **$134,069.32** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all personal property, except the proceeds of CARES Programs** | | |

**FBO Clifton G Purkiser IRA
17171 Park Row Suite 100
Houston, TX 77084**

Creditor's mailing address

**Describe the lien**

**cpurkiser@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Rita Huff** | **Describe debtor's property that is subject to a lien** | **$32,823.75** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all personal property, except the proceeds of CARES Programs** | | |

**1291 Christian Dr
Watkinsville, GA 30677**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Schmal Family Trust** | **Describe debtor's property that is subject to a lien** | **$222,236.75** | **$0.00** |
|---|---|---|---|---|

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
| --- | --- | --- | --- |
| | Name | | |

**Attn Dennis Schmal**
**350 Bryan Drive**
**Alamo, CA 94507**
Creditor's mailing address

**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**dgschmal@comcast.net**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

### 2.24

**Sheila Patil**
Creditor's Name

**601 Brentwood Court**
**King of Prussia, PA 19406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$65,562.46**    **$0.00**

---

### 2.25

**The Gabko Trust**
Creditor's Name

**Attn Anthony and Steve Kofsky**
**1547 14th Street**
**Santa Monica, CA 90404**
Creditor's mailing address

**steve@rcprod.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$72,449.27**    **$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **The Linko Trust** | **Describe debtor's property that is subject to a lien** | **$72,449.27** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn Anthony and Steve Kofsky**
**1547 14th Street**
**Santa Monica, CA 90404**

Creditor's mailing address

**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

**steve@rcprod.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Virginia Bazis** | **Describe debtor's property that is subject to a lien** | **$65,477.77** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1502 Chanticleer Drive**
**Cherry Hill, NJ 08003**

Creditor's mailing address

**Substantially all personal property, except the proceeds of CARES Programs**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Yuri Pikover** | **Describe debtor's property that is subject to a lien** | **$417,372.74** | **$0.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **Substantially all personal property, except the proceeds of CARES Programs** |
|---|---|

**365 E Avenida De Los Arboles No B01 Thousand Oaks, CA 91360**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$15,392,791. 48** |
|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Larada Sciences, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:21-bk-10269-DS**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | **Delaware Division of Revenue**<br>**Bankruptcy Department**<br>**Carvel State Office Building**<br>**820 N French Street 8th Floor**<br>**Wilmington, DE 19801** | | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**2020 Taxes** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | **Employment Development Dept**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | | | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**2020 Taxes** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                38674                Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Indiana Dept of Revenue**
**100 N Senate Ave**
**Room 203-Bankruptcy**
**Indianapolis, IN 46204**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**IRS**
**Special Procedures**
**50 S 200 E, Mail Stop 5021**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**New York City**
**Dept of Finance**
**Office of Legal Affairs**
**375 Pearl St 30th FL**
**New York, NY 10038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**New York State**
**Dept of Taxation & Finance**
**Bankruptcy Special Procedures**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**North Dakota Tax Commissioner**
**Office of State Tax Commissioner**
**600 E Boulevard Ave**
**Bismark, ND 58505-0599**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State Board of Equalization**
**Account Information Grp MIC 29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**State of Alabama**
**Dept of Revenue Legal Div**
**PO Box 320001**
**Montgomery, AL 36132-0001**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address
**Texas Comptroller of Public Accts**
**PO Box 13528 Capitol Station**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address
**Utah State Tax Commission**
**Taxpayer Services Div**
**Attn Michelle Riggs**
**210 N 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address
**West Virginia State Tax Dept**
**Legal Division-Bankruptcy Unit**
**PO Box 766**
**Charleston, WV 25323-0766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**2020 Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
**6 Kids LLC**
**802 Wagon Wheel Trail**
**Georgetown, TX 78628**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Territory Repurchases**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

**3.2**

Nonpriority creditor's name and mailing address
**6 Kids LLC**
**802 Wagon Wheel Trail**
**Georgetown, TX 78628**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**A lousy Day Inc**
**3239 Ridgetop View Drive**
**Saint Louis, MO 63129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,102.43 |
|---|---|---|---|

**AB Specialty Silicones**
**PO Box 74749**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**ACN Enterprise LLC**
**8437 Alister Blvd**
**West Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AcuPOLL Precision Research Inc**
**1001 Ford Circle**
**Ste A**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,250.00 |
|---|---|---|---|

**Advantage Consumer Healthcare**
**PO Box 31001 1726**
**Pasadena, CA 91110-1726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Alain Maitre**
**BP 176**
**Noumea Cedex**
**New Caledonia  98845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexius Solutions LLC**
**1509 York St**
**Ste 300**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**ALL Clear Inc**
**W229 N4374 Baker Ct**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Packaging Company**
**PO Box 841804**
**Dallas, TX 75284-1804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,156.44** |
|---|---|---|---|

**Alphagraphics**
**310 N 850 E**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **A/P**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alyson Popa**
**393 Plaza Estival**
**San Clemente, CA 92672**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Territory Repurchases**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Andrew Crumrine**
**3537 Stevens Way**
**Augusta, GA 30907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Angularis LLC**
**15815 S Lakewood Pkwy W No 1099**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Aquari Inc**
**7900 Chesterfield Drive**
**Knoxville, TN 37909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arthropod Control Product Test Center
Accounts Receivable
Keppel St
London, United Kingdom WC1E 7HT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  A/P**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**AuxArc iMC Inc
1104 E 25th Street
Tulsa, OK 74114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  A/P**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414,302.63** |
|---|---|---|---|

**Ballard Spahr LLP
One Utah Center
201 S Main Street Suite 800
Salt Lake City, UT 84111-2221**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:  A/P - Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,487.45** |
|---|---|---|---|

**BDO
299 S Main 10th Floor
Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  A/P**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Ben Silva
90 Alderson Dr Unit 12
Cambridge Ontario
Canada N3C 0E4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Bernadette Kane
92 Ardmore Hills
Mullinger
Westmeath
Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Better Hair Care Israel LTD
Achimeir Aba 15
Tel Aviv 6949201
ISRAEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BPI Packaging LLC**
**4050 New Getwell Road**
**Memphis, TN 38118-6017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __A/P__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandpoint**
**850 Fifth St South**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __A/P__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$479,517.00** |
|---|---|---|---|

**Brighton Bank**
**93 W 3300 S**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Paycheck Protection Plan Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.52** |
|---|---|---|---|

**Brook & Whittle LTD**
**PO Box 68044**
**Newark, NJ 07101-8085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __A/P__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,245.00** |
|---|---|---|---|

**BSI Group America Inc**
**Dept CH 19307**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __A/P__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Bugga Boo LLC**
**2438 Bear Rock Gin**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,400.00** |
|---|---|---|---|

**Bye Bye Nits**
**37 Rue Ampere**
**Paris**
**France   75017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.67 |
|---|---|---|
| **Carr Printing**<br>**PO Box 888**<br>**Bountiful, UT 84011-0888** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **A/P** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.80 |
|---|---|---|
| **Chasebrook Company**<br>**154 East Myrtle Avenue**<br>**Suite 303**<br>**Murray, UT 84107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **A/P** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Chris and Cindi Lamas**<br>**1365 4th St**<br>**Ingleside, TX 78362** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Territory Repurchases** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.80 |
|---|---|---|
| **CHT USA**<br>**805 Wolfe Avenue**<br>**Cassopolis, MI 49031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **A/P** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271,746.04 |
|---|---|---|
| **ComDel Innovation Inc**<br>**2100 15th Street N**<br>**Wahpeton, ND 58075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **A/P - Manufacturing Costs** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|
| **Connecticut Lice Treatment LLC**<br>**40 South Olmstead Lane**<br>**Ridgefield, CT 06877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer Deposits** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,100.00 |
|---|---|---|
| **Curo Ventures**<br>**5805 State Bridge Rd Ste G 450**<br>**Duluth, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer Deposits** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Larada Sciences, Inc.** | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Daina Carlson** | ☐ Contingent | |
| | **BP 986 - 98713** | ☐ Unliquidated | |
| | **Papeete Tahiti** | ☐ Disputed | |
| | **French Polynesia** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,100.00** |
|---|---|---|---|
| | **Dale Bartos** | ☐ Contingent | |
| | **5534 South Rim Street** | ☐ Unliquidated | |
| | **Westlake Village, CA 91362** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**A/P**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|
| | **Dan Liberman** | ☐ Contingent | |
| | **Av Jesus del Monte No 35 local 21** | ☐ Unliquidated | |
| | **Huixquilucan** | ☐ Disputed | |
| | **Mexico** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **De Luizenkliniek** | ☐ Contingent | |
| | **Schenkweg 60 1 ste etage** | ☐ Unliquidated | |
| | **The Hague** | ☐ Disputed | |
| | **Zuid Holland 2595XX** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00** |
|---|---|---|---|
| | **Deldei LLC** | ☐ Contingent | |
| | **35918 W Marin Ave** | ☐ Unliquidated | |
| | **Maricopa, AZ 85138** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Disentangle LLC** | ☐ Contingent | |
| | **10354 S Hamlin Ave** | ☐ Unliquidated | |
| | **Chicago, IL 60655** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|
| | **Ditta Solutions LLC** | ☐ Contingent | |
| | **7750 N MacArthur Blvd Ste 120 343** | ☐ Unliquidated | |
| | **Irving, TX 75063** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __**Customer Deposits**__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

**3.45**

Nonpriority creditor's name and mailing address

**Edith Ibanez**
**1700 SW 76 Court**
**Miami, FL 33155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.46**

Nonpriority creditor's name and mailing address

**Eduardo Bradley**
**253 Alste Betbeder**
**Boulogne**
**Buenos Aires   01609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,600.00**

---

**3.47**

Nonpriority creditor's name and mailing address

**Eli Kirk Riser**
**250 West Center**
**Suite 320**
**Provo, UT 84601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$513.00**

---

**3.48**

Nonpriority creditor's name and mailing address

**Elite OPS**
**4000 E Highway 6**
**Spanish Fork, Utah 84660-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,324.23**

---

**3.49**

Nonpriority creditor's name and mailing address

**Embassy Freight Systems USA Inc**
**PO Box 4345**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$480.00**

---

**3.50**

Nonpriority creditor's name and mailing address

**Emergo Global Representation LLC**
**816 Congress Ave**
**Suite 1400**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,634.00**

---

**3.51**

Nonpriority creditor's name and mailing address

**Entrepreneur Media Inc**
**18061 Fitch**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Eisen**
**25 Bulkley Ave N**
**Westport, CT 06880**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Territory Repurchases__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,294.87** |
|---|---|---|---|

**Faegre Drinker LLP**
**2200 Wells Fargo Center**
**90 S Seventh Street**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __A/P__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Family Hair Clinic of South Georgia**
**7754 GA Hwy 122 W**
**Hahira, GA 31632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Felix Fernandez**
**PMB213 425 Road 693**
**Dorado**
**Puerto Rico   00646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fidelitech**
**2130 South 3140 West**
**Suite A**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __A/P__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,504.59** |
|---|---|---|---|

**Fiero Group LLC**
**365 E Avenida De Los Arboles No B01**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Fiero Finished Goods Inventory__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Fresh Heads Lice Removal LLC**
**11512 Lake Mead Ave Suite 203**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer Deposits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Gene Spektor**
**9 Nancy Lane**
**Daly City, CA 94014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contingent Territory Repurchases**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address

**Ginesis**
**2501 County Road 8**
**Waterloo, AL 35677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/P**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.61** | Nonpriority creditor's name and mailing address

**GLC Single Member PC**
**110 Vasilisis Sofias**
**Athens**
**Greece 15527**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.62** | Nonpriority creditor's name and mailing address

**Golden Touch Enterprises LLC**
**31 Mann Avenue**
**Needham, MA 02492**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**Gonzalez Calvillo**
**Montes Urales 632**
**Lomas de Chapultepec**
**Ciudad de Mexico, Mexico 11000-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/P**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.64** | Nonpriority creditor's name and mailing address

**Gray Plant Mooty and Bennett PA**
**500 IDS Center**
**80 South Eighths Street**
**Minneapolis, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/P**

Is the claim subject to offset? ■ No ☐ Yes

**$33,364.14**

---

**3.65** | Nonpriority creditor's name and mailing address

**Greg Eisen**
**40 South Olmstead Lane**
**Ridgefield, CT 06877**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **A/P**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|

Name

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Hardman Group Inc**
**3631 Brookwall Drive**
**Suite 204**
**Fairlawn, OH 44333**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __A/P__

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Hasani Thompson**
**5145 Nightsky Place**
**Palmdale, CA 93552**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Deposits__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Hawn Enterprises**
**1491 S Amarias Dr**
**Round Lake, IL 60073**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Deposits__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Healthy Heads LLC**
**1512 E Expwy 83 Ste 107A**
**Mission, TX 78572**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Deposits__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,300.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Healthy Kids Holdings LLC**
**2086 Stone Pointe Drive**
**Kennesaw, GA 30064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Deposits__

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Heartland Healthy Heads LLC**
**14361 S Blackfeather**
**Olathe, KS 66062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer Deposits__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,509.50**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**HM Revenue  Customs HMRC**
**S1715 7th Floor**
**Central Mail Unit**
**Newcastle Upon Tyne**
**United Kingdom NE98**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __A/P__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Howard Capital Group Inc**
**26 Horseshoe Drive**
**Plainville, MA 02762**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,737.00** |
|---|---|---|---|

**Ibotta Inc**
**Dept CH 19957**
**Palatine, IL 60055-9957**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**ICT Venture Group LLC**
**Pat Neville**
**220 Chisholm Trl**
**Highland Village, TX 75077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**ICTII LLC**
**Pat Neville**
**220 Chisholm Trl**
**Highland Village, TX 75077**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,237.00** |
|---|---|---|---|

**Inmar**
**Carolina Manufacturers Services Inc**
**Attn AR Mail Code: 2N AR**
**635 Vine Street**
**Winston Salem, NC 27101-4186**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Iveta Pechackova**
**Zelezna 14 1 patro 11000**
**Praha 1**
**Czech Republic**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**J and J Partnership LLC**
**5836 Lincoln Avenue Suite 200**
**Morton Grove, IL 60053**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Jacobra LLC**
**25473 Tomey Court**
**Aldie, VA 20105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Jacqueline Huynh**
**1121 San Anselmo Ave**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Jamic LLC**
**3335 Caminito Daniella**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**JaroCour LLC**
**DBA Lice Clinics of Evansville**
**1514 S Parker Dr**
**Evansville, IN 47714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Jill Glabik**
**Zac de lEtang ZAbricot Rue**
**Ernest Hemingway BP 758**
**Fort de France Cedex**
**French West Indies   97243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,623.56** |
|---|---|---|---|

**John M Clark PhD**
**185 Chicopee Street**
**Granby, MA 01033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Joseph Hinkley**
**8800 Dorchester Rd No 503**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

**3.87**

**Nonpriority creditor's name and mailing address**

**JT Alleyne Enterprises LLC**
**3575 Bridge Road Suite 8 No 253**
**Suffolk, VA 23435**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,400.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Kalahari Sunset Trading Pty ltd**
**3 Pinecroft Close**
**Somerset West**
**South Africa   07130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,200.00**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Kelvin Fencil**
**5735 San Jose Ave**
**Richmond, CA 94084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employment Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$64,000.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Kevin Reilly**
**5460 Richie Court**
**Pipersville, PA 18947**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**KNZ Enterprises LLC**
**2509 Burley Drive**
**Everett, WA 98208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**LAF Industries LLC**
**7753 S Westbrook Drive**
**Dubuque, IA 52002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,800.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Lathrop GPM**
**500 IDS Center**
**80 South Eighths Street**
**Minneapolis, MN 55402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$522.00**

---

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**LCA of Lufkin Tyler Texas LLC**
**404 CR 3133**
**Jacksonville, TX 75766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**LCA of MS LLC**
**965 Highway 51 Suite 3**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**LCA of West Palm Beach LLC**
**130 Victorian Lane**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**LCA of WI LLC**
**11506 N Creekside Court**
**Mequon, WI 53092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**LCA SC LLC**
**324 East Parkins Mill Road**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**LCAL Hayden LLC**
**3105 Owls Head Lane**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**LCBG LLC**
**1357 Veterans Way**
**Morgantown, KY 42261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Lice Advice LLC**
**509 5th St SW**
**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Lice Away LLC**
**9017 Evangeline Hwy**
**Basile, LA 70515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Lice Away Today LLC**
**806 S Orleans Ave**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Lice Busters LLC**
**314A 4th Avenue**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00** |
|---|---|---|---|

**Lice Busters St Louis**
**1033 S Big Bend**
**Richmon Heights, MO 63117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Lice Center LLC**
**3375 Becard Lane**
**Reno, NV 89508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Lice Clinics of America**
**Central Wisconsin LLC**
**3500 Karrington Pl**
**Plover, WI 54467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Lice Clinics of America**
**Western Territory**
**2185 Arroyo Court  Suite 4**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,990.00** |
|---|---|---|---|

**Lice Clinics of America of North LA**
**111 Savannah Bend**
**Madison, MS 39110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Lice Clinics of America Quad Cities LLC**
**2830 Pleasant Ridge Court**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Lice Clinics of America the Carolinas**
**8216 Curico Lane**
**Mint Hill, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Lice Clinics of Hawaii LLC**
**980 South Amphlett Blvd**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Lice Clinics of Maryland LLC**
**801 W 33rd Street**
**Baltimore, MD 21211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Lice Experts LLC**
**PO Box 126**
**Chattaroy, WA 99003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Lice Girls LLC**
**2458 East Phinney Bay Drive**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Lice Patrol Inc**
**133 Varner Court**
**Santa Maria, CA 93458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,102.00** |
|---|---|---|---|

**Lice Slayers LLC**
**4360 East Paynetown Road**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Lice Solutions LLC**
**250 Garfield Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**Licura Fl LLC**
**2667 N Ocean Blvd No 401**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Live Eve Incorporated LLC**
**2628 Acapulco Way**
**Modesto, CA 95355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,962.68** |
|---|---|---|---|

**Lone Peak Valuation Group**
**Key Bank Tower at City Creek**
**36 South State Street Suite 500**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Lousey Solutions Inc**
**58 Arbor Bend Dr**
**Houston, TX 77070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,100.00 |
|---|---|---|---|

**LSRN Research**
**6758 N Military Trail**
**Suite 110**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **A/P**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**LT Management Co**
**749 Arden Road**
**Jenkintown, PA 19046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Lupero Inc**
**143 Merion Avenue**
**Narberth, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Luseklinikken**
**Nedre Frydendal 1b**
**Asker**
**Norway   01384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Luther Beauty Holdings LLC**
**220 Chisholm Trail**
**Highland Village, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Lynn Smith**
**5 Hunt Road**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Malibu Group LLC**
**4075 Yarrow Drive NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer Deposits**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Marty Brown**
**2120 Applewood St**
**Tupelo, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer Deposits**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Marvin Castillo**
**Office 105 Building 234**
**Jacinto Palacios Street**
**Coidad Del Saber**
**Panama**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer Deposits**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Mediaplanet Publishing House Inc**
**350 7th Avenue 18th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **A/P**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Melanie Sherman**
**124 Grove Park Way**
**Kernville, CA 93238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Customer Deposits**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Meltwater News US Inc**
**Dept LA 23721**
**Pasadena, CA 91185-3721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **A/P**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
|---|---|---|---|

**Melwani Hanisha Kumar**
**Perumahan griya agung permai**
**Blok 24 jL sumur batu**
**Jakarta 10640 Indonesia**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Territory Repurchases**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Merritt Ventures INC**
**535 Whisker Rd**
**Ward, AR 72176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mezny Services Meyer Advisors**
**PO Box 25829**
**Portland, OR 97298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Miami Lice LLC**
**1982 Castile Drive**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Michelle Du**
**31372 Mackinaw Street**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Mikael Schachne**
**Dreve de Senechal 38**
**Brussels**
**Belgium   01180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00** |
|---|---|---|---|

**Mohamad Zayat**
**Emile Ashkar Bldg Rubeiz**
**St Clemenceau Medical Cente**
**Beirut Lebanon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.45** |
|---|---|---|---|

**Nationwide Business Concepts**
**1439 W Chapman Ave No 64**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00** |
|---|---|---|---|

**Naughty Nits LLC**
**2809 Werle Drive Suite 10**
**Williamsville, NY 14221**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Nit Not LLC**
**404 University Dr East Ste E**
**College Station, TX 77840**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Nit Wits LLC**
**683 S Linwood Beach Rd**
**Linwood, MI 48634**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Nits End LLC**
**23 Atkinson Depot Road**
**Plaistow, NH 03862**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Nitzy Lice Removal**
**1126 Rockefeller Drive**
**Sunnyvale, CA 94087**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**North Chicago Lice Clinic Inc**
**6304 N Albany**
**Chicago, IL 60659**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458,655.50** |
|---|---|---|---|

**North Dakota Development Fund**
**1600 East Century Avenue**
**Bismark, ND 58503**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Notes Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**Northwest Lice Clinics Inc**
**PO Box 25829**
**Portland, OR 97298-0829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.20** |
|---|---|---|---|

**Obligado and Cia**
**Paraguay 610 C1057AAH**
**Buenos Aires ARGENTINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**Outbrain Inc**
**39 West 13th Street 3rd Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Packaging Corporation of America**
**PO Box 51584**
**Los Angeles, CA 90051-5884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,158.31** |
|---|---|---|---|

**Patrick Neville**
**220 Chisholm Trl**
**Highland Village, TX 75077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Paulina Del Hierro**
**Lucia Espinosa**
**Avenida Interoceanica**
**km 15 1/2 y Ave Florencia**
**Quito Ecuador OF 316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Perez Family Clinic LLC**
**900 Crested Butte Blvd**
**Mt Vernon, WA 98273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,566.67** |

**Phil Triolo and Associates LC**
**86 Skycrest Lane**
**Salt Lake City, UT 84108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Phillip Madsen**
**795 Baker Dr**
**Midvale, UT 84047**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175,000.00** |

**Pikover Trust**
**Attn Yuri Pikover**
**365 E Avenida De Los Arboles No B01**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |

**Piojito Bye Bye**
**Centro Comericial Plaza**
**Tibas Local 27**
**ubicado en San Juan De Tibas**
**San Jose Costa Rica**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |

**Prince Properties LLC**
**103 Camden Place**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.00** |

**Promedt Consulting**
**Altenhofstasse 80**
**66386 St Ingbert**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,805.50** |

**QRS Solutions LLC**
**3136 N 2700 W**
**Farr West, UT 84404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,200.00** |
|---|---|---|---|
| | **Quartic Enterprises Inc**<br>**12811 Everhart Pointe Dr**<br>**Tomball, TX 77377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Que Content Kyuzo Corporation**<br>**Attn Benny Rubin**<br>**77 Division Avenue No 14**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **A/P** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,807.85** |
|---|---|---|---|
| | **Red Pepper Software**<br>**2436 W 700 S SUITE 202**<br>**Pleasant Grove, UT 84062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **A/P** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,054.93** |
|---|---|---|---|
| | **Reliable Background Screening**<br>**8149 East Evans Road**<br>**Suite C9**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **A/P** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|
| | **Ryan Nelson**<br>**3941 Leeward Passage Ct No 102**<br>**Bonita Springs, FL 34134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|
| | **Saerrha Vivian**<br>**103 12745 16th Ave**<br>**Surrey BC V4A 1N2**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **SaLeah Snelling LLC**<br>**11024 W Inglin Drive**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Customer Deposits** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Larada Sciences, Inc.** | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Savanna Mitchell**
**31 N Cliffe Drive**
**Wilmington, DE 19809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**SBS Investments**
**1702 Hazelwood Court**
**Jonesboro, AR 72401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,035.04**

**Smullen Couriers Limited**
**Enniscoffey Gaybrook**
**Mullingar Westmeath N91 P5D8**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,385.74**

**SoCal IP Law Group LLP**
**310 N Westlake Blvd**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **A/P - Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SOCI Inc**
**Dept LA 24700**
**Pasadena, CA 91185-4700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Sonia Troyon**
**Avenue de Tivoli 27 A**
**Canton de Vaud  Lausanne**
**Switzerland   01007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**South Texas Lice Clinics LLC**
**3127 Laura Lee Way**
**San Antonio, TX 78223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stephen Gould Corporation**
**45541 Northport Loop West**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,410.52** |
|---|---|---|---|

**Stratus Building Solutions**
**217 West Cottage Avenue**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sugarhouse Archive and Shred**
**450 E 2200 S**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Suntek Global**
**11F-2 No 108**
**Minquan Rd**
**Xindian District**
**New Taipei City, Taiwan 00231-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Tanya Kensley LLC**
**4248 McMurry Avenue**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.63** |
|---|---|---|---|

**Texas Secretary of State**
**PO Box 12887**
**Austin, TX 78711-2887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,791.92** |
|---|---|---|---|

**Thayne and Davis LLC**
**10 West Broadway**
**Suite 700**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __A/P__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**The Bright Side LLC**
**600 W Main Street Lower Level**
**Sun Prairie, WI 53590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,778.24** |
|---|---|---|---|

**The Extra Mile SL**
**Balmes 347**
**Barcelona**
**Spain   08006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,600.00** |
|---|---|---|---|

**The MIH Group LLC**
**3001 Plymouth Road**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**The South African Lice Clinic**
**19 Goedehoop Crescent**
**Hurlingham Manor Sandton**
**Gauteng Johannesburg**
**02196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,260.00** |
|---|---|---|---|

**The Trade Group Inc**
**1434 Patton Place**
**Suite 190**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __A/P__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Trade Alternatives Inc**
**1504 184th Ave  NE**
**Bellevue, WA 98008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __Customer Deposits__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|

**TranscribeMe Inc**
**PO Box 748676**
**Los Angeles, CA 90074-8676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  __A/P__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known)   **9:21-bk-10269-DS** |
|---|---|---|
| | Name | |

---

**3.192**

**Nonpriority creditor's name and mailing address**
**TRNKS Pty Ltd ACN 623 474 519**
**6 171 Lower Gribbes Street**
**Chatswood**
**New South Wales   02067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☐ No  ☐ Yes

**$37,600.00**

---

**3.193**

**Nonpriority creditor's name and mailing address**
**U of U Research Foundation**
**615 Arapeen Dr**
**Suite 310**
**Salt Lake City, UT 84108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Accrued Liabilities - Royalty Payments**

Is the claim subject to offset? ☐ No  ☐ Yes

**$379,081.41**

---

**3.194**

**Nonpriority creditor's name and mailing address**
**UL Information and Insights**
**32959 Collection Center Drive**
**Chicago, IL 60693-0329**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Unishippers**
**770 E Main Street**
**Suite 408**
**Lehi, UT 84043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**$457.58**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Utopic**
**420 N Wabash Ave**
**Ste 600**
**Chicago, IL 60611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Viko Industries LTD**
**Unit 13 15 F Chevalier Comm Centre**
**No 8 Wang Hoi Road Kowloon Bay**
**Kowloon, Hong Kong**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**Virginia Lice Removal LLC**
**12605 Southwick Terrace**
**Midlothian, VA 23113**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**WAJTA LLC**
**251 Promise Way**
**Hollister, CA 95023**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,651.67** |
|---|---|---|---|

**Walgreens**
**200 Wilmot Rd**
**Deerfield, IL 60015**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Slotting Fees and A/P - Co-op Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Webbingham LLC**
**25606 180th Ave SE**
**Covington, WA 98042**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**WebMD**
**395 Hudson St**
**Third Floor**
**New York, NY 10014**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$825.00** |
|---|---|---|---|

**Wells Fargo Bank**
**50 South Main St**
**Salt Lake City, UT 84101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/P**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Winkler Enterprises**
**8943 Garrett Way**
**Manassas, VA 20112**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**WSRP LLC**
**155 North 400 West**
**Suite 400**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**XMission**
**51 E 500 S**
**Suite 200**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$590.98** |
|---|---|---|---|

**Yext**
**61 Ninth Avenue**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _
**A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**YRC Freight**
**PO Box 730375**
**Dallas, TX 75373-0375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$569,500.00** |
|---|---|---|---|

**Yuri Pikover**
**365 E Avenida De Los Arboles No B01**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Consulting Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145,000.00** |
|---|---|---|---|

**Yuri Pikover**
**365 E Avenida De Los Arboles No B01**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Note Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Yuyao Safe Beauty Lice Comb Factory**
**No 518 Yonghe East Road**
**Langxia Street**
**YuYao Zhejiang**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **A/P**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

| Debtor | **Larada Sciences, Inc.** | Case number (if known) | **9:21-bk-10269-DS** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 5,065,768.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,065,768.49 |

**Fill in this information to identify the case:**

Debtor name    **Larada Sciences, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:21-bk-10269-DS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Franchise Agreement** | |
| State the term remaining    **Term Expires 4/27/2021** | **6 Kids LLC** |
| List the contract number of any government contract | **802 Wagon Wheel Trail**<br>**Georgetown, TX 78628** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Territory Refund Contingency Agreement** | |
| State the term remaining    **Expires when Territory is Resold** | **6 Kids LLC** |
| List the contract number of any government contract | **802 Wagon Wheel Trail**<br>**Georgetown, TX 78628** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Franchise Agreement** | |
| State the term remaining    **Term Expires 3/7/2022** | **A lousy Day Inc** |
| List the contract number of any government contract | **3239 Ridgetop View Drive**<br>**Saint Louis, MO 63129** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Franchise Agreement** | |
| State the term remaining    **Term Expires 12/22/2021** | **ACN Enterprise LLC** |
| List the contract number of any government contract | **8437 Alister Blvd**<br>**West Palm Beach Gardens, FL 33418** |

Debtor 1  **Larada Sciences, Inc.**

<u>First Name</u>  <u>Middle Name</u>  <u>Last Name</u>  Case number *(if known)*  **9:21-bk-10269-DS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/29/2021** | **ALL Clear Inc** |
| | List the contract number of any government contract | | **W229 N4374 Baker Ct** **Pewaukee, WI 53072** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Refund Contingency Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires when Territory is Resold** | **Alyson Popa** |
| | List the contract number of any government contract | | **393 Plaza Estival** **San Clemente, CA 92672** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/18/2023** | **Andrew Crumrine** |
| | List the contract number of any government contract | | **3537 Stevens Way** **Augusta, GA 30907** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 7/18/2022** | **Angularis LLC** |
| | List the contract number of any government contract | | **15815 S Lakewood Pkwy W No 1099** **Phoenix, AZ 85048** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 3/30/2022** | **Aquari Inc** |
| | List the contract number of any government contract | | **7900 Chesterfield Drive** **Knoxville, TN 37909** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 2/28/2023; 4/18/2023; 12/14/2024; 5/1/2025;** | **AuxArc iMC Inc** **1104 E 25th Street** **Tulsa, OK 74114** |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | **2/1/2026;  2/1/2026; 2/1/2026; 2/1/2026** | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| | State the term remaining | **Term Expires 2/21/2022** | **Ben Silva** |
| | List the contract number of any government contract | | **90 Alderson Dr Unit 12 Cambridge Ontario Canada N3C 0E4** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| | State the term remaining | **Term Expires 6/19/2023** | **Better Hair Care Israel LTD** |
| | List the contract number of any government contract | | **Achimeir Aba 15 Tel Aviv 6949201 ISRAEL** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| | State the term remaining | **Term Expires 11/2/2021** | **Bugga Boo LLC** |
| | List the contract number of any government contract | | **2438 Bear Rock Gin Escondido, CA 92026** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
| | State the term remaining | **Term Expires 12/22/2021** | **Carlos Solis** |
| | List the contract number of any government contract | | **Santiago Gadea 3444 Montevideo Uruguay   11600** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Refund Contingency Agreement** | |
| | State the term remaining | **Expires when Territory is Resold** | **Chris and Cindi Lamas** |
| | List the contract number of any government contract | | **1365 4th St Ingleside, TX 78362** |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/31/2025; 8/31/2025; 8/31/2025** | **Connecticut Lice Treatment LLC 40 South Olmstead Lane Ridgefield, CT 06877** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/8/2021; 8/8/2021; 12/16/2025** | **Curo Ventures 5805 State Bridge Rd Ste G 450 Duluth, GA 30097** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/16/2021** | **Daina Carlson BP 986 - 98713 Papeete Tahiti French Polynesia** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 2/27/2022** | **Dan Liberman Av Jesus del Monte No 35 local 21 Huixquilucan Mexico** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 2/14/2022; 6/23/2022** | **Deldei LLC 35918 W Marin Ave Maricopa, AZ 85138** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 5/30/2021; 5/30/2021** | **Ditta Solutions LLC 7750 N MacArthur Blvd Ste 120 343 Irving, TX 75063** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Larada Sciences, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*  **9:21-bk-10269-DS**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/18/2023** | **Edith Ibanez** |
| | List the contract number of any government contract | | **1700 SW 76 Court** |
| | | | **Miami, FL 33155** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 12/31/2021; 12/31/2021** | **Eduardo Bradley** |
| | List the contract number of any government contract | | **253 Alste Betbeder** |
| | | | **Boulogne** |
| | | | **Buenos Aires   01609** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Refund Contingency Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires when Territory is Resold** | **Eric Eisen** |
| | List the contract number of any government contract | | **25 Bulkley Ave N** |
| | | | **Westport, CT 06880** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/23/2022** | **Felix Fernandez** |
| | List the contract number of any government contract | | **PMB213 425 Road 693** |
| | | | **Dorado** |
| | | | **Puerto Rico   00646** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Refund Contingency Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires when Territory is Resold** | **Gene Spektor** |
| | List the contract number of any government contract | | **9 Nancy Lane** |
| | | | **Daly City, CA 94014** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 6/16/2026; 6/16/2026** | **GLC Single Member PC**<br>**110 Vasilisis Sofias**<br>**Athens**<br>**Greece 15527** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 1/7/2025; 1/7/2025** | **Golden Touch Enterprises LLC**<br>**31 Mann Avenue**<br>**Needham, MA 02492** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Territory Refund Contingency Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires when Territory is Resold** | **Greg Eisen**<br>**40 South Olmstead Lane**<br>**Ridgefield, CT 06877** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 4/6/2025; 4/6/2025; 4/6/2025** | **Hasani Thompson**<br>**5145 Nightsky Place**<br>**Palmdale, CA 93552** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 12/9/2021; 12/31/2022** | **Hawn Enterprises**<br>**1491 S Amarias Dr**<br>**Round Lake, IL 60073** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/17/2023; 9/6/2023; 9/6/2023** | **Healthy Heads LLC**<br>**1512 E Expwy 83 Ste 107A**<br>**Mission, TX 78572** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Larada Sciences, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **9:21-bk-10269-DS**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/8/2025** | **Healthy Kids Holdings LLC** |
| | List the contract number of any government contract | _____ | **2086 Stone Pointe Drive**<br>**Kennesaw, GA 30064** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/21/2021** | **Iveta Pechackova** |
| | List the contract number of any government contract | _____ | **Zelezna 14 1 patro 11000**<br>**Praha 1**<br>**Czech Republic** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 3/31/2025; 3/31/2025** | **J and J Partnership LLC** |
| | List the contract number of any government contract | _____ | **5836 Lincoln Avenue Suite 200**<br>**Morton Grove, IL 60053** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 7/27/2021; 9/22/2021; 12/31/2025** | **Jacobra LLC** |
| | List the contract number of any government contract | _____ | **25473 Tomey Court**<br>**Aldie, VA 20105** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 9/6/2021** | **Jacqueline Huynh** |
| | List the contract number of any government contract | _____ | **1121 San Anselmo Ave**<br>**Millbrae, CA 94030** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Larada Sciences, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **9:21-bk-10269-DS**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/3/2021** | **JaroCour LLC**<br>**DBA Lice Clinics of Evansville**<br>**1514 S Parker Dr**<br>**Evansville, IN 47714** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/22/2021** | **Jill Glabik**<br>**Zac de IEtang ZAbricot Rue**<br>**Ernest Hemingway BP 758**<br>**Fort de France Cedex**<br>**French West Indies   97243** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 2/25/2024** | **Kalahari Sunset Trading Pty ltd**<br>**3 Pinecroft Close**<br>**Somerset West**<br>**South Africa   07130** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 10/31/2021** | **Kelvin Fencil**<br>**5735 San Jose Ave**<br>**Richmond, CA 94084** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 3/28/2024** | **Kevin Reilly**<br>**5460 Richie Court**<br>**Pipersville, PA 18947** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 7/18/2022** | **KNZ Enterprises LLC**<br>**2509 Burley Drive**<br>**Everett, WA 98208** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 10/31/2022; 2/14/2023** | **LAF Industries LLC 7753 S Westbrook Drive Dubuque, IA 52002** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/30/2021; 8/30/2021; 8/30/2021** | **LCA of Lufkin Tyler Texas LLC 404 CR 3133 Jacksonville, TX 75766** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 3/27/2024; 3/27/2024; 3/27/2024; 3/27/2024** | **LCA of MS LLC 965 Highway 51 Suite 3 Madison, MS 39110** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 12/15/2021; 12/15/2021** | **LCA of West Palm Beach LLC 130 Victorian Lane Jupiter, FL 33458** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Two Terms Expire 12/31/2022; Three Terms Expire 5/29/2023; 10 Terms Expire 12/31/2028; and One Term Expires 3/19/2029** | **LCA of WI LLC 11506 N Creekside Court Mequon, WI 53092** |
| | List the contract number of any | | |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 1/22/2023; 12/19/2023** | **LCA SC LLC** |
| | List the contract number of any government contract | | **324 East Parkins Mill Road** |
| | | | **Greenville, SC 29607** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/29/2023; 8/31/2023; 11/6/2023** | **LCAL Hayden LLC** |
| | List the contract number of any government contract | | **3105 Owls Head Lane** |
| | | | **Lexington, KY 40509** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 7/30/2025; 10/22/2025** | **LCBG LLC** |
| | List the contract number of any government contract | | **1357 Veterans Way** |
| | | | **Morgantown, KY 42261** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/28/2022** | **Lice Advice LLC** |
| | List the contract number of any government contract | | **509 5th St SW** |
| | | | **Little Falls, MN 56345** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 6/30/2021; 6/30/2021; 5/16/2024** | **Lice Away LLC** |
| | List the contract number of any government contract | | **9017 Evangeline Hwy** |
| | | | **Basile, LA 70515** |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/28/2024; 2/25/2025** | **Lice Busters LLC** |
| | List the contract number of any government contract | | **314A 4th Avenue** **San Francisco, CA 94118** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 1/18/2026; 1/18/2026; 1/18/2026** | **Lice Busters St Louis** **1033 S Big Bend** |
| | List the contract number of any government contract | | **Richmon Heights, MO 63117** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 4/25/2022** | **Lice Center LLC** **3375 Becard Lane** |
| | List the contract number of any government contract | | **Reno, NV 89508** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/30/2021; 7/31/2022** | **Lice Clinics of America Central Wisconsi** **3500 Karrington Pl** |
| | List the contract number of any government contract | | **Plover, WI 54467** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 3/27/2024; 3/27/2024; 3/27/2024; 3/27/2024** | **Lice Clinics of America of North LA** **111 Savannah Bend** |
| | List the contract number of any government contract | | **Madison, MS 39110** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/1/2022;** | **Lice Clinics of America the Carolinas LL** **8216 Curico Lane** **Mint Hill, NC 28227** |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | 2/28/2023 |
|---|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/19/2021; 10/6/2021** | **Lice Clinics of America Western Territory** |
| | List the contract number of any government contract | | **3920 Vineyard Avenue Pleasanton, CA 94566** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 3/20/2024; 3/20/2024; 3/20/2024** | **Lice Clinics of Hawaii LLC** |
| | List the contract number of any government contract | | **980 South Amphlett Blvd San Mateo, CA 94402** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 6/14/2021; 3/2/2022; 3/2/2022; 5/25/2022** | **Lice Clinics of Maryland LLC** |
| | List the contract number of any government contract | | **801 W 33rd Street Baltimore, MD 21211** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 6/2/2021; 10/25/2021** | **Lice Experts LLC** |
| | List the contract number of any government contract | | **PO Box 126 Chattaroy, WA 99003** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 6/15/2025; 6/15/2025; 6/15/2025** | **Lice Girls LLC** |
| | List the contract number of any government contract | | **2458 East Phinney Bay Drive Bremerton, WA 98312** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Larada Sciences, Inc. | | | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 1/29/2023** | **Lice Patrol Inc** |
| | List the contract number of any government contract | | **133 Varner Court**<br>**Santa Maria, CA 93458** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 11/16/2022; 6/15/2023** | **Lice Solutions LLC** |
| | List the contract number of any government contract | | **250 Garfield Street**<br>**Denver, CO 80206** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 4/14/2022; 4/14/2022; 3/15/2023; 5/10/2029; 5/10/2029; 11/29/2029** | **Licura FI LLC** |
| | List the contract number of any government contract | | **2667 N Ocean Blvd No 401**<br>**Boca Raton, FL 33431** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 3/29/2023; 7/31/2024** | **Live Eve Incorporated LLC** |
| | List the contract number of any government contract | | **2628 Acapulco Way**<br>**Modesto, CA 95355** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 7/17/2024; 10/1/2025** | **Lousey Solutions Inc** |
| | List the contract number of any government contract | | **58 Arbor Bend Dr**<br>**Houston, TX 77070** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | | | **LT Management Co**<br>**749 Arden Road**<br>**Jenkintown, PA 19046** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **Six Terms Expire on 2/14/2022** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Terms Expire 3/8/2023; 3/8/2023; 3/8/2023** | **Lupero Inc 143 Merion Avenue Narberth, PA 19072** |
|  | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Term Expires 12/22/2021** | **Luseklinikken Nedre Frydendal 1b Asker Norway   01384** |
|  | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Terms Expire 8/31/2021; 10/31/2021; 12/1/2021; 12/22/2023** | **Luther Beauty Holdings LLC 220 Chisholm Trail Highland Village, TX 75077** |
|  | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Term Expires 11/20/2022** | **Lynn Smith 5 Hunt Road Westford, MA 01886** |
|  | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Term Expires 5/18/2022** | **Marvin Castillo Office 105 Building 234 Jacinto Palacios Street Coidad Del Saber Panama** |
|  | List the contract number of any government contract | | |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number (*if known*) | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 1/10/2023** | **Melanie Sherman**<br>**124 Grove Park Way**<br>**Kernville, CA 93238** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/28/2021** | **Merritt Ventures INC**<br>**535 Whisker Rd**<br>**Ward, AR 72176** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/6/2021; 9/6/2021; 9/21/2021** | **Miami Lice LLC**<br>**1982 Castile Drive**<br>**Dunedin, FL 34698** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/2/2021; 11/15/2021; 12/12/2021** | **Michelle Du/Cynthia Du/Sandra Kong**<br>**31372 Mackinaw Street**<br>**Union City, CA 94587** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/30/2021** | **Mikael Schachne**<br>**Dreve de Senechal 38**<br>**Brussels**<br>**Belgium    01180** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/16/2021** | **Mohamad Zayat**<br>**Emile Ashkar Bldg Rubeiz**<br>**St Clemenceau Medical Cente**<br>**Beirut Lebanon** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 8/1/2021** | **Myrtle Avenue LLC** |
| | List the contract number of any government contract | | **154 East Myrtle Ave Suite 303 Murray, UT 84107** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 12/29/2021; 12/29/2021; 12/29/2021** | **Naughty Nits LLC** |
| | List the contract number of any government contract | | **2809 Werle Drive Suite 10 Williamsville, NY 14221** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 4/10/2024, 4/10/2024, 4/10/2024** | **Nit Not LLC** |
| | List the contract number of any government contract | | **404 University Dr East Ste E College Station, TX 77840** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 1/13/2025** | **Nit Wits LLC** |
| | List the contract number of any government contract | | **683 S Linwood Beach Rd Linwood, MI 48634** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 1/14/2025; 2/23/2026; 2/23/2026; 2/23/2026** | **Nits End LLC** |
| | List the contract number of any government contract | | **23 Atkinson Depot Road Plaistow, NH 03862** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 7/31/2023; 10/18/2023** | **North Chicago Lice Clinic Inc 6304 N Albany Chicago, IL 60659** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 8/31/2021; 8/31/2021; 8/31/2021; 8/31/2021; 8/31/2021** | **Northwest Lice Clinics Inc PO Box 25829 Portland, OR 97298-0829** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 10/11/2021** | **Paulina Del Hierro Lucia Espinosa Avenida Interoceanica km 15 1/2 y Ave Florencia Quito Ecuador OF 316** |
| | List the contract number of any government contract | | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 10/18/2021** | **Perez Family Clinic LLC 900 Crested Butte Blvd Mt Vernon, WA 98273** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/7/2023** | **Prince Properties LLC 103 Camden Place Madison, MS 39110** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire** | **Quartic Enterprises Inc 12811 Everhart Pointe Dr Tomball, TX 77377** |

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | List the contract number of any government contract | 1/31/2023; 4/30/2024; 4/30/2024; 4/30/2024; 7/17/2024 |
| **2.93.** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| | State the term remaining | **Term Expires 6/16/2021** |
| | List the contract number of any government contract | **Rania Zayat**<br>**Emile Ashkar Bldg Rubeiz**<br>**St Clemenceau Medical Cente**<br>**Beirut Lebanon** |
| **2.94.** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| | State the term remaining | **Term Expires 3/14/2023** |
| | List the contract number of any government contract | **Ryan Nelson**<br>**3941 Leeward Passage Ct No 102**<br>**Bonita Springs, FL 34134** |
| **2.95.** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| | State the term remaining | **Term Expires 12/31/2021** |
| | List the contract number of any government contract | **Saerrha Vivian**<br>**103 12745 16th Ave**<br>**Surrey BC V4A IN2**<br>**Canada** |
| **2.96.** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| | State the term remaining | **Term Expires 3/21/2023** |
| | List the contract number of any government contract | **Savanna Mitchell**<br>**31 N Cliffe Drive**<br>**Wilmington, DE 19809** |
| **2.97.** | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| | State the term remaining | **Term Expires 5/23/2024** |
| | List the contract number of any government contract | **SBS Investments**<br>**1702 Hazelwood Court**<br>**Jonesboro, AR 72401** |

Debtor 1   **Larada Sciences, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **9:21-bk-10269-DS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 1/30/2025** | **Shire Investment Group Pty Ltd ACN 615 176 371 6 171 Lower Gibbes Street Chatswood NSW Australia   02067** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/23/2021** | **Sonia Troyon Avenue de Tivoli 27 A Canton de Vaud  Lausanne Switzerland   01007** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 9/29/2022; 9/29/2025** | **South Texas Lice Clinics LLC 3127 Laura Lee Way San Antonio, TX 78223** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 4/22/2026** | **The Bright Side LLC 600 W Main Street Lower Level Sun Prairie, WI 53590** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 6/30/2022** | **The Extra Mile SL Balmes 347 Barcelona Spain   08006** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Four Terms Expire on 12/30/2021; Two Terms Expire on 11/18/2022** | **The MIH Group LLC 3001 Plymouth Road Ann Arbor, MI 48105** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Larada Sciences, Inc.** | | | Case number *(if known)* | **9:21-bk-10269-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| List the contract number of any government contract | _____ | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **The Scott Group LLC** |
| | List the contract number of any government contract | _____ | **1110 East Eaglewood Drive No 2**<br>**North Salt Lake City, UT 84054** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 9/7/2023** | **The South African Lice Clinic**<br>**19 Goedehoop Crescent**<br>**Hurlingham Manor Sandton** |
| | List the contract number of any government contract | _____ | **Gauteng Johannesburg**<br> **02196** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 5/15/2021** | **Trade Alternatives Inc** |
| | List the contract number of any government contract | _____ | **1504 184th Ave  NE**<br>**Bellevue, WA 98008** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 3/6/2025** | **TRNKS Pty Ltd ACN 623 474 519**<br>**6 171 Lower Gribbes Street** |
| | List the contract number of any government contract | _____ | **Chatswood**<br>**New South Wales   02067** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires When Last of Licensor's Patent Rights Expire** | **U of U Research Foundation**<br>**615 Arapeen Dr**<br>**Suite 310** |
| | List the contract number of any government contract | _____ | **Salt Lake City, UT 84108** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Larada Sciences, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **9:21-bk-10269-DS**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 12/27/2021** | **Virginia Lice Removal LLC**<br>**12605 Southwick Terrace**<br>**Midlothian, VA 23113** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 11/24/2025** | **WAJTA LLC**<br>**251 Promise Way**<br>**Hollister, CA 95023** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 7/31/2022** | **Webbingham LLC**<br>**25606 180th Ave SE**<br>**Covington, WA 98042** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Terms Expire 12/12/2021; 12/12/2021; 7/31/2022** | **Winkler Enterprises**<br>**8943 Garrett Way**<br>**Manassas, VA 20112** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **Term Expires 5/1/2021** | **Yuri Pikover**<br>**365 E Avenida De Los Arboles No B01**<br>**Thousand Oaks, CA 91360** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Larada Sciences, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **9:21-bk-10269-DS**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **37 Ventures LLC** | **Attn Yuri Pikover** **365 E Avenida De Los Arboles No B01** **Thousand Oaks, CA 91360** | **Alignment Debt Holdings 1 LLC** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case and this filing:**

Debtor Name  __Larada Sciences, Inc.__

United States Bankruptcy Court for the:  __Central__  District of  __California__
                                                                (State)

Case number (If known):  __9:21-bk-10269-DS__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __04/19/2021__          ✗ _Claire W Roberts_____
                MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                        __Claire Roberts_____
                                        Printed name

                                        __Chief Executive Officer_____
                                        Position or relationship to debtor